**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO

Case number *(if known)* _____     Chapter  **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy     06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Rive Gauche Television** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **95-4467168** |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| **15030 Ventura Blvd. #587** **Sherman Oaks, CA 91403** Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Los Angeles** County | **Location of principal assets, if different from principal place of business** Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)    **Rivegauchetelevision.com**

6. **Type of debtor**
   - ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - ☐ Partnership (excluding LLP)
   - ☐ Other. Specify: _____

Debtor **Rive Gauche Television** _____  Case number (*if known*) _____
       Name

7. **Describe debtor's business**    A. *Check one:*

   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

   ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

   ☐ Railroad (as defined in 11 U.S.C. § 101(44))

   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

   ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

   ■ None of the above

   B. *Check all that apply*

   ☐ Tax-exempt entity (as described in 26 U.S.C. §501)

   ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

   ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
      http://www.uscourts.gov/four-digit-national-association-naics-codes.
      __5151__

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

   *Check one:*

   ☐ Chapter 7

   ☐ Chapter 9

   ■ Chapter 11. *Check **all** that apply*:

       ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

       ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

       ☐ A plan is being filed with this petition.

       ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

       ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

       ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

   ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
   If more than 2 cases, attach a separate list.

   ■ No.
   ☐ Yes.

   District _____  When _____  Case number _____
   District _____  When _____  Case number _____

Debtor **Rive Gauche Television** _____ Case number (*if known*) _____
      Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor | **AfterShock Comics, LLC** | Relationship | **Affiliate Company** |
| District | **Bankr. C.D. Cal.** When _____ | Case number, if known | **TBD** |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency _____
    Contact name _____
    Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
■ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Debtor  **Rive Gauche Television**  Case number (*if known*)
          Name

| 16. | **Estimated liabilities** | ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
|---|---|---|---|---|
| | | ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| | | ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| | | ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor  **Rive Gauche Television**  
Name                                                              Case number (*if known*)

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  12/18/22  
MM / DD / YYYY

X  /s/ Jonathan Kramer                              Jonathan Kramer  
Signature of authorized representative of debtor      Printed name

Title  **President**

**18. Signature of attorney**

X  /s/ David L. Neale                               Date  12/19/2022  
Signature of attorney for debtor                         MM / DD / YYYY

**David L. Neale 141225**  
Printed name

**Levene, Neale, Bender, Yoo & Golubchik L.L.P**  
Firm name

**2818 La Cienega Avenue**  
**Los Angeles, CA 90034**  
Number, Street, City, State & ZIP Code

Contact phone  (310) 229-1234       Email address  dln@lnbyg.com

**141225 CA**  
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Rive Gauche Television** |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Jupiter Entertainment, Inc. 8923 Linksvue Dr. Knoxville, TN 37922 | | Distribution Agreement(s) | Contingent Unliquidated | | | $1,474,010.00 |
| TBS-CNN CNN Center SE, 1311 C Atlanta, GA 30303 | | Distribution Agreement(s) | Contingent Unliquidated | | | $756,443.53 |
| AMC Networks International Broadcasting 111 Salusbury Rd London, United Kingdom NW6 8RG | | Distribution Agreement(s) | Contingent Unliquidated | | | $375,989.00 |
| M2 Pictures c/o Agency for the Performing Arts 405 S Beverly Dr, 4th Floor Beverly Hills, CA 90212 | | Distribution Agreement(s) | Contingent Unliquidated | | | $227,830.69 |
| Farpoint Films, Inc. 202-1335 Erin St. Winnipeg Manitoba, Canada R3E 2S7 | | Distribution Agreement(s) | Contingent Unliquidated | | | $121,875.00 |
| Sauer & Wagner LLP 1801 Century Park East Suite 1150 Los Angeles, CA 90067 | | Legal Services | | | | $71,255.82 |
| Discovery Networks Intl LLC PO Box 734734 Dallas, TX 75373-4734 | | Distribution Agreement(s) | Contingent Unliquidated | | | $67,500.00 |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 1

Debtor **Rive Gauche Television**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Lower Canada Productions Inc<br>1200 Bay St. #400<br>Toronto<br>Ontario, Canada<br>M5R 2A5 | | Distribution Agreement(s) | Contingent Unliquidated | | | $60,000.00 |
| Santa Monica Video<br>4100 W. Alameda<br>Suite 208<br>Burbank, CA 91505 | | Post Production and duplication services | | | | $46,642.46 |
| Dinter, Inc.<br>5717 SE Miles Grant Rd.<br>Stuart, FL 34997 | | Professional Services | | | | $38,000.00 |
| Rose Snyder & Jacobs<br>15821 Ventura Blvd.<br>Suite 490<br>Encino, CA 91436 | | Accounting and Tax services | | | | $25,601.00 |
| Tangram<br>12 Paulding St.<br>Pleasantville, NY 10570 | | Professional Services | | | | $25,442.00 |
| Michael V. Bales, Esq<br>1801 Century Park East<br>Suite 1150<br>Los Angeles, CA 90067 | | Legal Services | | | | $24,847.50 |
| OTTera Inc.<br>5152 Sepulveda Blvd<br>Sherman Oaks, CA 91403 | | Professional Services | | | | $24,006.00 |
| Indigo Films Entertainment Group<br>3001 Bridgeway<br>Suite K.#374<br>Sausalito, CA 94965 | | Distribution Agreement(s) | Contingent Unliquidated | | | $23,185.25 |
| World Screen<br>1123 Broadway<br>Suite 1207<br>New York, NY 10010 | | Professional Services | Contingent Unliquidated | | | $2,500.00 |
| Creative Differences<br>20 N. Raymond Ave.<br>Suite 250<br>Pasadena, CA 91103 | | Producer Royalties | Contingent Unliquidated | | | $441.00 |

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| David L. Neale 141225<br>2818 La Cienega Avenue<br>Los Angeles, CA 90034<br>(310) 229-1234<br>California State Bar Number: 141225 CA<br>dln@lnbyg.com | |

☐ *Debtor(s) appearing without an attorney*

■ *Attorney for Debtor*

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO

In re:

**Rive Gauche Television**

CASE NO.:
CHAPTER: 11

Debtor(s).

**VERIFICATION OF MASTER
MAILING LIST OF CREDITORS**

**[LBR 1007-1(a)]**

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __5__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: 12/18/22

Signature of Debtor 1

Date: _____

Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: _____

Signature of Attorney for Debtor (if applicable)

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015

F 1007-1.MAILING.LIST.VERIFICATION

```
Rive Gauche Television
15030 Ventura Blvd. #587
Sherman Oaks, CA 91403


David L. Neale
Levene, Neale, Bender, Yoo & Golubchik L.L.P
2818 La Cienega Avenue
Los Angeles, CA 90034


U.S. Trustee  San Fernando  Valley
915 Wilshire Blvd.
Suite 1850
Los Angeles, CA 90017


Access Road c/o Howard Steinberg
Greenberg Traurig LLP
1840 Century Park East, Ste 1900
Los Angeles, CA 90067


Access Road Capital LLC
Attn: Zachary Tarica
238 Cedar Ave
Hewlett, NY 11557


AfterShock Comics, LLC
15030 Ventura Blvd. #587
Sherman Oaks, CA 91403


AMC Networks International Broadcasting
111 Salusbury Rd
London, United Kingdom NW6 8RG


Atlantic Screen Ccompany
22766 Pacific Coast Highway
Unit B
Malibu, CA 90265
```

```
California Employment Dev. Dept.
Bankruptcy Special Procedures Group
PO Box 826880 MIC 92E
Sacramento, CA 94280


Creative Differences
20 N. Raymond Ave.
Suite 250
Pasadena, CA 91103


Dinter, Inc.
5717 SE Miles Grant Rd.
Stuart, FL 34997


Discovery Networks Intl LLC
PO Box 734734
Dallas, TX 75373-4734


Farpoint Films, Inc.
202-1335 Erin St.
Winnipeg
Manitoba, Canada R3E 2S7


Franchise Tax Board
Special Procedures - Insolvency
P.O. Box 2952
Sacramento, CA 95812-2952


Franchise Tax Board
PO Box 942857
Sacramento, CA 94257-0531


Indigo Films Entertainment Group
3001 Bridgeway
Suite K.#374
Sausalito, CA 94965
```

```
Internal Revenue Service
Insolvency I Stop 5022
300 N. Los Angeles St., #4062
Los Angeles, CA 90012-9903


Jawad Qureshi
46970 Ocotillo Count
Fremont, CA 94539


Jonathan Kramer
470 25th Street
Santa Monica, CA 90402


Joseph Thomas Pruett
143 Nectar Pl.
Dallas, GA 30132


Jupiter Entertainment, Inc.
8923 Linksvue Dr.
Knoxville, TN 37922


Kramer Family Trust dated 4/11/94
470 25th Street
Santa Monica, CA 90402


Lee Andrew Kramer
101 California Ave.
Suite 902
Santa Monica, CA 90403


Lower Canada Productions Inc
1200 Bay St. #400
Toronto
Ontario, Canada M5R 2A5
```

M2 Pictures
c/o Agency for the Performing Arts
405 S Beverly Dr, 4th Floor
Beverly Hills, CA 90212


Michael J. Marts
31 Winona Trails
Lake Hopatcong, NJ 07849-1013


Michael V. Bales, Esq
1801 Century Park East
Suite 1150
Los Angeles, CA 90067


Moment For Justice Producs Inc.
400-1200 Bay St.
Toronto
Ontario, Canada M5R 2A5


OTTera Inc.
5152 Sepulveda Blvd
Sherman Oaks, CA 91403


Rose Snyder & Jacobs
15821 Ventura Blvd.
Suite 490
Encino, CA 91436


Santa Monica Video
4100 W. Alameda
Suite 208
Burbank, CA 91505


Sauer & Wagner LLP
1801 Century Park East
Suite 1150
Los Angeles, CA 90067

```
Tangram
12 Paulding St.
Pleasantville, NY 10570


TBS-CNN
CNN Center SE, 1311 C
Atlanta, GA 30303


Wavelength Entertainment Inc.
1877 York St.
Regina, SK, Canada S4T 4R3


World Screen
1123 Broadway
Suite 1207
New York, NY 10010
```

**CERTIFICATE OF RIVE GAUCHE TELEVISION
A CALIFORNIA CORPORATION
AUTHORIZING FILING OF PETITION UNDER
CHAPTER 11 OF THE BANKRUPTCY CODE**

I, Jon Kramer, hereby certify as follows:

1. I am the President of Rive Gauche Television (the "Company").

2. At a special meeting of the Company's board of directors, the following resolutions were duly enacted, and the same remain in full force and effect, without modification, as of the date hereof:

> RESOLVED, that Jon Kramer or his/her designee ("Officer") is hereby authorized to determine, based upon subsequent events and advice of counsel, whether it is desirable and in the best interests of the Company, its creditors, and other interested parties, that the Company file a Petition under the provisions of Chapter 11 of Title 11, United States Code;
>
> FURTHER RESOLVED, that Officer is hereby authorized and directed on behalf of and in the name of the Company to execute a Chapter 11 bankruptcy petition and all related documents and papers on behalf of the Company in order to enable the Company to commence a Chapter 11 bankruptcy case;
>
> FURTHER RESOLVED, that Officer is hereby authorized and directed on behalf of and in the name of the Company to execute and file and to cause counsel for the Company to prepare with the assistance of the Company as appropriate all petitions, schedules, lists and other papers, documents and pleadings in connection with the Company's bankruptcy case, and to take any and all action which the Officer deems necessary and proper in connection with the Company's bankruptcy case without further approval of the members;
>
> **FURTHER RESOLVED** that the Company hereby retains the law offices of Levene, Neale, Bender, Yoo & Golubchik L.L.P. as bankruptcy counsel for the Company for purposes of, among other things, representing the Company in its Chapter 11 case.

Dated: September 12, 2022

                         RIVE GAUCHE TELEVISION

                         By: */s/ Jon Kramer*
                         [Name] Jon Kramer
                         Its: [Title] President

2