**Fill in this information to identify the case:**

Debtor name **Rive Gauche Television**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO

Case number (if known) **1:22-bk-11457-MB**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ■ Other document that requires a declaration   **List of Equity Security Holders; Form 207 Statement of Financial Affairs; Form 2030 Compensation Statement of Attorney for the Debtor(s); Corporate Ownership Statement**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___1/22/23___   X _____

Signature of individual signing on behalf of debtor

**Jonathan Kramer**
Printed name

**President**
Position or relationship to debtor

Case 1:22-bk-11457-MB    Doc 16    Filed 01/23/23    Entered 01/23/23 16:23:24    Desc
Main Document        Page 2 of 54

## United States Bankruptcy Court
### Central District of California - San Fernando

In re   **Rive Gauche Television**

_____
Debtor(s)

Case No.   **1:22-bk-11457-MB**
Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Kramer Family Trust dated 4/11/1994 Input Address** | | **100%** | **Common Stock** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date _____1/22/23_____          Signature _____

**Jonathan Kramer**

_Penalty for making a false statement of concealing property:_ Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

   **None**

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

   **None**

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

   **In re Aftershock Comics, LLC, filed concurrently with Debtor's case.**

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

   **None**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at **Sherman Oaks, California**                    , California.

Date:       1/22/23

**Jonathan Kramer**
Signature of Debtor 1

Signature of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*October 2018*                    *Page 1*          **F 1015-2.1.STMT.RELATED.CASES**

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Rive Gauche Television** |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO |
| Case number (if known) | **1:22-bk-11457-MB** |

☐ Check if this is an
   amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals          12/15

---

| Part 1: | Summary of Assets |
|---|---|

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*.......................................................................... $ _____ 0.00

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*....................................................................... $ _____ 54,469,000.58

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*.......................................................................... $ _____ 54,469,000.58

---

| Part 2: | Summary of Liabilities |
|---|---|

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................... $ _____ 16,785,928.00

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................... $ _____ 800.00

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................... +$ _____ 3,835,577.69

4. Total liabilities ..............................................................................................
   Lines 2 + 3a + 3b                                                                            $ _____ 20,622,305.69

**Fill in this information to identify the case:**

Debtor name    **Rive Gauche Television**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO

Case number (if known)    **1:22-bk-11457-MB**

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:    Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No.  Go to Part 2.
   ☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **City National Bank** | **Collection Account** | **4284** | **$19,744.47** |
| 3.2. | **City National Bank** | **Checking Account** | **4276** | **$5,040.25** |
| 3.3. | **City National Bank** | **Holding Account** | **4772** | **$662,538.86** |
| 3.4. | **Bank of America** | **Checking Account** | **1202** | **$171.00** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   **$687,494.58**

**Part 2:    Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

   ☐ No.  Go to Part 3.
   ☑ Yes Fill in the information below.

| Debtor | **Rive Gauche Television** | | Case number *(If known)* | **1:22-bk-11457-MB** |
|---|---|---|---|---|
| | Name | | | |

7.  **Deposits, including security deposits and utility deposits**
    Description, including name of holder of deposit

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
    Description, including name of holder of prepayment

    8.1.  **Fintage Audiovisual Rights B.V. - prepayment against retransmission royalties.**  $126,426.00

9.  **Total of Part 2.**                                                          $126,426.00
    Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

    ☐ No.  Go to Part 4.
    ■ Yes Fill in the information below.

11. **Accounts receivable**

    11a. 90 days old or less:            **33,000.00**  -            0.00  = ....            $33,000.00
                                    face amount          doubtful or uncollectible accounts

    11b. Over 90 days old:            **148,126.00**  -            67,598.00  =....            $80,528.00
                                    face amount          doubtful or uncollectible accounts

12. **Total of Part 3.**                                                          $113,528.00
    Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |
|---|---|

13. **Does the debtor own any investments?**

    ■ No.  Go to Part 5.
    ☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ■ No.  Go to Part 6.
    ☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

    ■ No.  Go to Part 7.
    ☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☐ No.  Go to Part 8.
    ■ Yes Fill in the information below.

Debtor    **Rive Gauche Television**                                  Case number *(If known)*  **1:22-bk-11457-MB**
Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.    **Office furniture** | | | |
| 40.    **Office fixtures** | | | |
| 41.    **Office equipment, including all computer equipment and communication systems equipment and software** **Office furniture, editing, duplication, and web development, and other equipment** | **Unknown** | **Cost less depr.** | **$15,595.00** |

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**
       Add lines 39 through 42.  Copy the total to line 86.

       | $15,595.00 |
       |---|

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
       ☒ No
       ☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
       ☒ No
       ☐ Yes

| Part 8: | **Machinery, equipment, and vehicles** |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

       ☒ No.  Go to Part 9.
       ☐ Yes Fill in the information below.

| Part 9: | **Real property** |
|---|---|

54. **Does the debtor own or lease any real property?**

       ☒ No.  Go to Part 10.
       ☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

       ☐ No.  Go to Part 11.
       ☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.    **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.    **Internet domain names and websites** **https://www.rivegauchetelevision.com/** | **Unknown** | | **Unknown** |
| 62.    **Licenses, franchises, and royalties** **Sales Licenses - Accrued Receivables** | **Unknown** | | **$708,768.00** |

| Debtor | **Rive Gauche Television** | | Case number *(If known)* | **1:22-bk-11457-MB** |
|---|---|---|---|---|
| | Name | | | |

| | | | | |
|---|---|---|---|---|
| | **Rights under distribution agreements to recoup minimum guarantee payments advanced to producers or licensors** | **Unknown** | | **$6,673,862.00** |
| | **Rights under distribution agreements to recover costs advanced to producers or licensors** | **Unknown** | | **$277,013.00** |
| 63. | **Customer lists, mailing lists, or other compilations** | | | |
| 64. | **Other intangibles, or intellectual property Distribution Rights to the RGTV program library.  The value provided for these rights is a conservative estimate.** | **Unknown** | **Discounted Cash** | **$41,000,000.00** |
| 65. | **Goodwill** | | | |
| 66. | **Total of Part 10.** | | | **$48,659,643.00** |
| | Add lines 60 through 65. Copy the total to line 89. | | | |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
■ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 11: | **All other assets** |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

| | | | | Current value of debtor's interest |
|---|---|---|---|---|
| 71. | **Notes receivable** Description (include name of obligor) **Loan, and overhead expenses advanced to Aftershock Comics, LLC** | **4,094,314.00** – Total face amount | **0.00** = doubtful or uncollectible amount | **$4,094,314.00** |
| 72. | **Tax refunds and unused net operating losses (NOLs)** Description (for example, federal, state, local) **Unused foreign tax credits** | | Tax year **2020** | **$772,000.00** |
| 73. | **Interests in insurance policies or annuities** | | | |

Debtor    **Rive Gauche Television**                                          Case number *(If known)*  **1:22-bk-11457-MB**
          Name

74.    **Causes of action against third parties (whether or not a lawsuit
       has been filed)**

75.    **Other contingent and unliquidated claims or causes of action of
       every nature, including counterclaims of the debtor and rights to
       set off claims**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets,
       country club membership

78.    **Total of Part 11.**                                                              | $4,866,314.00 |

       Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

Debtor    **Rive Gauche Television**                                      Case number *(If known)*  **1:22-bk-11457-MB**
          Name

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $687,494.58 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $126,426.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $113,528.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $15,595.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9* ...........................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $48,659,643.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $4,866,314.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $54,469,000.58 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $54,469,000.58 |

**Fill in this information to identify the case:**

Debtor name  **Rive Gauche Television**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO

Case number (if known)  **1:22-bk-11457-MB**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | | Column A | Column B |
|---|---|---|---|
|  | | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |
| **2.1  Access Road Capital LLC**<br>Creditor's Name<br>**Attn: Zachary Tarica**<br>**238 Cedar Ave**<br>**Hewlett, NY 11557**<br>Creditor's mailing address | **Describe debtor's property that is subject to a lien**<br>**Loan secured by all or substantially all of the Debtors' assets** | **$16,785,928.00** | **$54,469,000.58** |

**idan@forestroadco.com**
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    **$16,785,928.00**

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Access Road c/o Howard Steinberg**<br>**Greenberg Traurig LLP**<br>**1840 Century Park East, Ste 1900**<br>**Los Angeles, CA 90067** | Line  **2.1** | |

**Fill in this information to identify the case:**

Debtor name **Rive Gauche Television**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO

Case number (if known) **1:22-bk-11457-MB**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address
**California Employment Dev. Dept.**
**Bankruptcy Special Procedures Group**
**PO Box 826880 MIC 92E**
**Sacramento, CA 94280**

As of the petition filing date, the claim is: **$0.00**  **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Notice Purposes Only**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

**2.2** Priority creditor's name and mailing address
**Franchise Tax Board**
**Special Procedures - Insolvency**
**P.O. Box 2952**
**Sacramento, CA 95812-2952**

As of the petition filing date, the claim is: **$800.00**  **$800.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Rive Gauche Television** | | Case number (if known) | **1:22-bk-11457-MB** |
|---|---|---|---|---|
| | Name | | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Internal Revenue Service**
**Insolvency I Stop 5022**
**300 N. Los Angeles St., #4062**
**Los Angeles, CA 90012-9903**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Notice Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$375,989.00** |
|---|---|---|---|

**AMC Networks International Broadcasting**
**111 Salusbury Rd**
**London, United Kingdom NW6 8RG**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Distribution Agreement(s)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$441.00** |
|---|---|---|---|

**Creative Differences**
**20 N. Raymond Ave.**
**Suite 250**
**Pasadena, CA 91103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Producer Royalties**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$57,000.00** |
|---|---|---|---|

**Dinter, Inc.**
**5717 SE Miles Grant Rd.**
**Stuart, FL 34997**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Professional Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$67,500.00** |
|---|---|---|---|

**Discovery Networks Intl LLC**
**1 Discovery Place**
**Silver Spring, MD 20910**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Distribution Agreement(s)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$121,875.00** |
|---|---|---|---|

**Farpoint Films, Inc.**
**202-1335 Erin St.**
**Winnipeg**
**Manitoba, Canada R3E 2S7**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Distribution Agreement(s)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Rive Gauche Television** | Case number (if known) | **1:22-bk-11457-MB** |
|---|---|---|---|
| | Name | | |

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23,185.25 |
|---|---|---|---|

**Indigo Films Entertainment Group**
**3001 Bridgeway**
**Suite K.#374**
**Sausalito, CA 94965**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Distribution Agreement(s)**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,365.00 |
|---|---|---|---|

**Inxite, LLC**
**1491 Laurel Hill Dr.**
**San Mateo, CA 94402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Web Hosting Services, June 2021- Dec 2022**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100,728.36 |
|---|---|---|---|

**Jon and/or Martha Kramer**
**470 25th St.**
**Santa Monica, CA 90402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  use of individual Visa or AMEX credit cards as advance for business expenses of Debtor**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,774,010.00 |
|---|---|---|---|

**Jupiter Entertainment, Inc.**
**8923 Linksvue Dr.**
**Knoxville, TN 37922**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Distribution Agreement(s)**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $60,000.00 |
|---|---|---|---|

**Lower Canada Productions Inc**
**1200 Bay St. #400**
**Toronto**
**Ontario, Canada M5R 2A5**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Distribution Agreement(s)**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $227,831.00 |
|---|---|---|---|

**M2 Pictures**
**c/o Agency for the Performing Arts**
**405 S Beverly Dr, 4th Floor**
**Beverly Hills, CA 90212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Distribution Agreement(s)**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24,847.50 |
|---|---|---|---|

**Michael V. Bales, Esq**
**1801 Century Park East**
**Suite 1150**
**Los Angeles, CA 90067**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Legal Services**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

| Debtor | **Rive Gauche Television** | Case number (if known) | **1:22-bk-11457-MB** |
|---|---|---|---|
| | Name | | |

---

**3.13**

**Nonpriority creditor's name and mailing address**

**Moment For Justice Producs Inc.**
**c/o Nat'l Bank of Canada**
**400-1200 Bay St., Toronto**
**Ontario, Canada M5R 2A5**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Distribution Agreement(s)**

Is the claim subject to offset? ■ No ☐ Yes

**$36,403.00**

---

**3.14**

**Nonpriority creditor's name and mailing address**

**OTTera Inc.**
**5152 Sepulveda Blvd**
**Sherman Oaks, CA 91403**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Professional Services**

Is the claim subject to offset? ■ No ☐ Yes

**$24,006.00**

---

**3.15**

**Nonpriority creditor's name and mailing address**

**Prudential Insurance**
**PO Box 856138**
**Louisville, KY 40285-6138**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Key Employee Insurance**

Is the claim subject to offset? ■ No ☐ Yes

**$826.44**

---

**3.16**

**Nonpriority creditor's name and mailing address**

**Robert Half Agency**
**PO Box 743295**
**Los Angeles, CA 90074-3295**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Temporary Employee Services**

Is the claim subject to offset? ■ No ☐ Yes

**$9,282.50**

---

**3.17**

**Nonpriority creditor's name and mailing address**

**Rose Snyder & Jacobs**
**15821 Ventura Blvd.**
**Suite 490**
**Encino, CA 91436**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Accounting and Tax Services**

Is the claim subject to offset? ■ No ☐ Yes

**$25,601.00**

---

**3.18**

**Nonpriority creditor's name and mailing address**

**Santa Monica Video**
**4100 W. Alameda**
**Suite 208**
**Burbank, CA 91505**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Post Production and Duplication Services**

Is the claim subject to offset? ■ No ☐ Yes

**$46,642.46**

---

**3.19**

**Nonpriority creditor's name and mailing address**

**Sauer & Wagner LLP**
**1801 Century Park East**
**Suite 1150**
**Los Angeles, CA 90067**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Legal Services**

Is the claim subject to offset? ■ No ☐ Yes

**$71,255.82**

---

| Debtor | **Rive Gauche Television** | Case number (if known) | **1:22-bk-11457-MB** |
|---|---|---|---|
| | Name | | |

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,402.83 |
|---|---|---|---|

**Synoptek, LLC**
**412 E. Parkcenter Blvd.**
**Suite 300**
**Boise, ID 83706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **IT Network & Computer Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25,442.00 |
|---|---|---|---|

**Tangram**
**12 Paulding St.**
**Pleasantville, NY 10570**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Professional Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $756,443.53 |
|---|---|---|---|

**TBS-CNN**
**CNN Center SE, 1311 C**
**Atlanta, GA 30303**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Distribution Agreement(s)**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,500.00 |
|---|---|---|---|

**World Screen**
**1123 Broadway**
**Suite 1207**
**New York, NY 10010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Professional Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Franchise Tax Board**<br>**PO Box 942857**<br>**Sacramento, CA 94257-0531** | Line **2.2**<br><br>☐ Not listed. Explain ____ | __ |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 800.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 3,835,577.69 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 3,836,377.69 |

**Fill in this information to identify the case:**

Debtor name      **Rive Gauche Television**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO

Case number (if known)    **1:22-bk-11457-MB**

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
      ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
      ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*        *Property*
      (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1.   State what the contract or lease is for and the nature of the debtor's interest | **\*\*\*\* The inclusion of contracts and/or leases in Schedule G shall not constitute an admission by the Debtor that such contracts and/or leases are executory or unexpired.** |
| State the term remaining | |
| List the contract number of any government contract | **See Schedule G Exhibit** |

# Schedule G

Rive Gauche Television

RIVE GAUCHE TELEVISION -
ACQUISITION/DISTRIBUTION RIGHTS

| Title of Property | Type of Contract | Company (counter-party) | Address 1 | Address2 | City | State | Zip Code | Year Produced | Rights Territories | Rights Territory Exclusions | Distribution End Date | Sales License Play Off Period (License Terms with broadcasters are allowed to extend through this date.) | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Along For The Bride (6x30) | Distribution | Discovery Networks Intl LLC | 1 Discovery Place | | Silver Spring | MD | 20910 | 2012 | WORLD, Canada, Sp PR, US Sam, Guam, Marsh Is, US Virgin | United States, US POSSESSIONS*** | 18-Jun-2023 | Sales Lic. End:18-Jun-2025 | Planning on renewing. |
| Along For The Bride S1 Pilot (1x60) | Distribution | Discovery Networks Intl LLC | 1 Discovery Place | | Silver Spring | MD | 20910 | 2013 | WORLD, Canada, Sp PR, US Sam, Guam, Marsh Is, US Virgin | United States, US POSSESSIONS*** | 18-Jun-2023 | Sales Lic. End:18-Jun-2025 | Planning on renewing. |
| Am I A Boy Or Girl Season 1 (9x30) | Distribution | Stornoway Enterprises | 105 Gordon Baker Road #800 | | Toronto | ON | M2H 3P8 | 2015 | WORLD | Canada, COMMONWEALTH OF CANADA | 6-Mar-2023 | Sales Lic. End:06-Mar-2026 | Planning on renewing. |
| Amazing Dog Tales (10x30) | Distribution | Stornoway Enterprises | 105 Gordon Baker Road #800 | | Toronto | ON | M2H 3P8 | 2015 | WORLD | Canada, COMMONWEALTH OF CANADA | 13-Apr-2023 | Sales Lic. End:13-Apr-2026 | Planning on renewing. |
| APB With Troy Dunn (6x60) | Distribution | Turner Entertainment Networks Inc. | 3500 West Olive Ave., 9th Flr | | Burbank | CA | 91505 | 2014 | WORLD, US POSS, Sp PR | American Samoa, Guam, Puerto Rico, UNITED STATES OF AMERICA, US POSSESSIONS, US Virgin Islands | 1-Jun-2024 | Sales Lic. End:01-Jun-2027 | |
| Beer Jesus From America (1x90) | Distribution | Sweetwood Films | Dotustrasse 56, 3rd Floor 343-344 | | Potsdam | Germany | 14467 | 2019 | WORLD | | 17-Aug-2027 | Sales Lic. End:17-Aug-2030 | |
| Born To Explore (13x60) | Distribution | Explorer Films, LLC c/o N.S. Bienstock, Inc. | 250 West 57th St. #333 | | New York | NY | 10107 | 2012 | WORLD, Sp PR, US Virgin | UNITED STATES OF AMERICA, US POSSESSIONS | 25-Jun-2023 | Sales Lic. End:25-Jun-2025 | Planning on renewing. |
| Born To Explore Season 2 (13x60) | Distribution | Explorer Films, LLC c/o N.S. Bienstock, Inc. | 250 West 57th St. #333 | | New York | NY | 10107 | 2013 | WORLD, Sp PR, US Virgin | UNITED STATES OF AMERICA, US POSSESSIONS | 25-Jun-2023 | Sales Lic. End:25-Jun-2025 | |
| Buying Alaska (10x30) | Distribution | Real Route Productions, Inc. | 30 N William St. | | Pearl River | NY | 10965 | 2012 | WORLD | LATIN AMERICA, UNITED STATES OF AMERICA, US POSSESSIONS | 11-May-2022 | Sales Lic. End:11-May-2025 | planning to renew, continuing to license while waiting for confirmation from producer. |
| Buying Alaska: Season 2 (20x30) | Distribution | Real Route Productions, Inc. | 30 N William St. | | Pearl River | NY | 10965 | 2013 | WORLD | LATIN AMERICA, UNITED STATES OF AMERICA, US POSSESSIONS | 11-May-2022 | Sales Lic. End:11-May-2025 | planning to renew, continuing to license while waiting for confirmation from producer. |
| Buying Bayou: Season 1 (8x30) | Distribution | Real Route Productions, Inc. | 30 N William St. | | Pearl River | NY | 10965 | 2013 | WORLD | LATIN AMERICA, UNITED STATES OF AMERICA, US POSSESSIONS | 11-May-2022 | Sales Lic. End:11-May-2025 | planning to renew, continuing to license while waiting for confirmation from producer. |
| Buying Bayou: Season 2 (6x30) | Distribution | Real Route Productions, Inc. | 30 N William St. | | Pearl River | NY | 10965 | 2014 | WORLD | LATIN AMERICA, UNITED STATES OF AMERICA, US POSSESSIONS | 11-May-2022 | Sales Lic. End:11-May-2025 | planning to renew, continuing to license while waiting for confirmation from producer. |
| Buying Bayou: Season 3 (12x30) | Distribution | Real Route Productions, Inc. | 30 N William St. | | Pearl River | NY | 10965 | 2014 | WORLD | LATIN AMERICA, UNITED STATES OF AMERICA, US POSSESSIONS | 11-May-2022 | Sales Lic. End:11-May-2025 | planning to renew, continuing to license while waiting for confirmation from producer. |
| Buying Bayou: Season 4 (6x30) | Distribution | Real Route Productions, Inc. | 30 N William St. | | Pearl River | NY | 10965 | 2014 | WORLD | LATIN AMERICA, UNITED STATES OF AMERICA, US POSSESSIONS | 11-May-2022 | Sales Lic. End:11-May-2025 | planning to renew, continuing to license while waiting for confirmation from producer. |
| Buying Bayou: Season 5 (14x30) | Distribution | Real Route Productions, Inc. | 30 N William St. | | Pearl River | NY | 10965 | 2015 | WORLD | LATIN AMERICA, UNITED STATES OF AMERICA, US POSSESSIONS | 11-May-2022 | Sales Lic. End:11-May-2025 | planning to renew, continuing to license while waiting for confirmation from producer. |
| Buying Hawaii: Season 1 (10x30) | Distribution | Real Route Productions, Inc. | 30 N William St. | | Pearl River | NY | 10965 | 2013 | WORLD | LATIN AMERICA, UNITED STATES OF AMERICA, US POSSESSIONS | 11-May-2022 | Sales Lic. End:11-May-2025 | planning to renew, continuing to license while waiting for confirmation from producer. |
| Buying Log Cabins (2x30) | Distribution | Nancy Glass Productions | 211 Rock Hill Rd. | | Bala Cynwyd | PA | 19004 | 2013 | WORLD | United States, UNITED STATES OF AMERICA, US POSSESSIONS | 24-Sep-2025 | Sales Lic. End:24-Sep-2028 | |
| Buying RV's (4x30) | Distribution | Nancy Glass Productions | 211 Rock Hill Rd. | | Bala Cynwyd | PA | 19004 | 2013 | WORLD | United States, UNITED STATES OF AMERICA, US POSSESSIONS | 24-Sep-2025 | Sales Lic. End:24-Sep-2028 | |
| Death By Gossip (6x60) | Distribution | M2 Pictures c/o Agency for the Performing Arts | 405 S Beverly Dr, 4th Floor | | Beverly Hills | CA | 90212 | 2015 | WORLD, Sp PR, US Sam, Guam, US Virgin | UNITED STATES OF AMERICA, US POSSESSIONS | 13-Dec-2022 | Sales Lic. End:14-Dec-2025 | in negotiations with producer to renew license. |
| Dino Lab I (1x60) | Distribution | Quiet Motion Inc. | 255 Outremont St. | Outremont | Quebec | Canada | H2V 3L9 | 2006 | WORLD | Canada, CARIBBEAN, Japan, United States | 2-Aug-2023 | Sales Lic. End:02-Aug-2026 | Planning on renewing. |
| Dino Lab II (1x60) | Distribution | Quiet Motion Inc. | 255 Outremont St. | Outremont | Quebec | Canada | H2V 3L9 | 2008 | WORLD | Canada, CARIBBEAN, Japan, United States | 2-Aug-2023 | Sales Lic. End:02-Aug-2026 | Planning on renewing. |
| Disaster Deja Vu (13x60) | Distribution | Farpoint Films, Inc. | 202-1335 Erin St. | | Winnipeg | Manitoba | Canada | R3E 2S7 | 2020 | WORLD | Canada, COMMONWEALTH OF CANADA | 19-Jan-2032 | Sales Lic. End:19-Jan-2035 | |
| Donal Macintyre's Murder Files (10x60) | Distribution | AMC Networks International Broadcasting L | 111 Salusbury Rd | | London | United Kingdom | NW6 6RG | 2018 | WORLD, AFRICA | AFRICA, BENELUX, Cyprus, EASTERN EUROPE, ENGLISH EUROPE, Greece, MIDDLE EAST GROUP, Portugal, SCANDINAVIA, Turkey | 9-May-2029 | Sales Lic. End:09-May-2032 | |
| Donal Macintyre's Murder Files Season 2 (16x60) | Distribution | AMC Networks International Broadcasting L | 111 Salusbury Rd | | London | United Kingdom | NW6 6RG | 2019 | WORLD, AFRICA | AFRICA, BENELUX, Cyprus, EASTERN EUROPE, ENGLISH EUROPE, Greece, MIDDLE EAST GROUP, Portugal, SCANDINAVIA, Turkey | 9-May-2029 | Sales Lic. End:09-May-2032 | |
| Droned (10x30) | Distribution | Reckognition Production, Inc. | 2000 Ave of the Stars | 3rd Floor, North Tower | Los Angeles | CA | 90067 | 2015 | WORLD, Sp PR, US Sam, Guam, US Virgin | UNITED STATES OF AMERICA, US POSSESSIONS | 30-Aug-2026 | Sales Lic. End:30-Aug-2029 | |
| Egg Factor (10x60) | Distribution | Alera Enterprises | 12200 Sarazen Pl. | | Granada Hills | CA | 91344 | 2018 | WORLD | | 22-Jun-2028 | Sales Lic. End:22-Jun-2031 | |
| Elder Skelter (3x60) | Distribution | Hot Snakes Media | 110 Laroy St. | | New York | NY | 10014 | 2013 | WORLD, Sp PR, US Sam, Guam, US Virgin | UNITED STATES OF AMERICA, US POSSESSIONS | 3-Dec-2023 | Sales Lic. End:03-Dec-2026 | Planning on renewing. |
| Evil Twins 1A (6x60) | Distribution | Discovery Networks Intl LLC | 1 Discovery Place | | Silver Spring | MD | 20910 | 2013 | WORLD, Canada, Sp PR, US Virgin | UNITED STATES OF AMERICA, US POSSESSIONS | 30-Apr-2028 | Sales Lic. End: 30-Apr-2028 | |
| Evil Twins 1B (6x60) | Distribution | Discovery Networks Intl LLC | 1 Discovery Place | | Silver Spring | MD | 20910 | 2013 | WORLD, Canada, Sp PR, US Virgin | UNITED STATES OF AMERICA, US POSSESSIONS | 30-Apr-2028 | Sales Lic. End: 30-Apr-2028 | |
| Evil Twins Season 2 (9x60) | Distribution | Discovery Networks Intl LLC | 1 Discovery Place | | Silver Spring | MD | 20910 | 2014-2015 | WORLD, Canada, Sp PR, US Virgin | UNITED STATES OF AMERICA, US POSSESSIONS | 30-Apr-2028 | Sales Lic. End: 30-Apr-2028 | |
| Evil Twins Season 3 (6x60) | Distribution | Discovery Networks Intl LLC | 1 Discovery Place | | Silver Spring | MD | 20910 | 2017 | WORLD, Canada, Sp PR, US Virgin | UNITED STATES OF AMERICA, US POSSESSIONS | 30-Apr-2028 | Sales Lic. End: 30-Apr-2028 | |
| Faces of Earth (4x60) | Distribution | American Geosciences Institute | 4220 King St. | | Alexandria | VA | 22302 | 2007 | WORLD | NORTH AMERICA | 11-Mar-2027 | Sales Lic. End:11-Mar-2030 | |
| Fame Kills (6x60) | Distribution | M2 Pictures c/o Agency for the Performing Arts | 405 S Beverly Dr, 4th Floor | Beverly Hills | CA | 90212 | 2016 | WORLD, Sp PR, US Sam, Guam, US Virgin | UNITED STATES OF AMERICA, US POSSESSIONS | 10-Jan-2023 | Sales Lic. End:10-Jan-2026 | in negotiations with producer to renew license. |
| Genius Factory (1x90) | Distribution | Wavelength Entertainment Inc. | 1877 York St. | | Regina, SK | Canada | S4T 4R3 | 2017 | WORLD | Canada, COMMONWEALTH OF CANADA, Denmark | 29-Apr-2028 | Sales Lic. End: 29-Apr-2028 | |
| Girl's Guide to Depravity, The (13x30) | Distribution | Cine Pictures Management GMbH et al | Bavariafilmplatz 7 | | Grunwald | Germany | 82031 | 2011 | WORLD | | 30-Sep-2061 | | |
| Girl's Guide to Depravity, The Season 2 (13x30) | Distribution | Cine Pictures Management GMbH et al | Bavariafilmplatz 7 | | Grunwald | Germany | | 2013 | WORLD | | 30-Sep-2061 | | |
| Great Streets - Champs-Elysees (1x60) | Co-production | La Cinquieme c/o France TV Dist. | Le Barjac | 1 Blvd. Victor | Paris | France | 75015 | 1998 | AFRICA, ASIA, ASIA MINR, CARIB, Major Geographical Group, LAT AMER, OCEANIA, Canada | US Canada | 31-Dec-2999 | Owned Rights:Perpetuity | |
| Great Streets - Fifth Avenue (1x60) | Co-production | La Cinquieme c/o France TV Dist. | Le Barjac | 1 Blvd. Victor | Paris | France | 75015 | 1998 | AFRICA, ASIA, ASIA MINR, CARIB, Major Geographical Group, LAT AMER, OCEANIA, Canada | Canada | 31-Dec-2999 | Owned Rights:Perpetuity | |
| Great Streets - Grand Canal (1x60) | Co-production | La Cinquieme c/o France TV Dist. | Le Barjac | 1 Blvd. Victor | Paris | France | 75015 | 1998 | AFRICA, ASIA, ASIA MINR, CARIB, Major Geographical Group, LAT AMER, OCEANIA, Canada | Canada | 31-Dec-2999 | Owned Rights:Perpetuity | |

| Title of Property | Type of Contract | Company (counter-party) | Address 1 | Address2 | City | State | Zip Code | Year Produced | Rights Territories | Rights Territory Exclusions | Distribution End Date | Sales License Play Off Period (License Terms with broadcasters are allowed to extend through this date.) | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Great Streets - Royal Mile (1x60) | Co-production | La Cinquieme c/o France TV Dist. | Le Barjac | 1 Blvd. Victor | Paris | France | 75015 | 1998 | AFRICA, ASIA, ASIA MINR, CARIB, Major Geographical Group, LAT AMER, OCEANIA, Canada | Canada | 31-Dec-2999 | Owned Rights:Perpetuity | |
| Great Streets - Sunset Boulevard (1x60) | Co-production | La Cinquieme c/o France TV Dist. | Le Barjac | 1 Blvd. Victor | Paris | France | 75015 | 1998 | AFRICA, ASIA, ASIA MINR, CARIB, Major Geographical Group, LAT AMER, OCEANIA, Canada | Canada | 31-Dec-2999 | Owned Rights:Perpetuity | |
| Hollywood's Hot List (10x30) | Co-production | Splash News and Picture Agency, Inc. | 333 W Washington Blvd. #508 | | Marina Del Rey | CA | 90292 | 2011 | WORLD | | 31-Dec-2999 | Owned Rights:Perpetuity | |
| Homicide Hunter (16x60) | Distribution | Jupiter Entertainment, Inc. | 8923 Linksvue Dr. | | Knoxville | TN | 37922 | 2012 | WORLD, US POSS | COMMONWEALTH OF CANADA, UNITED STATES OF AMERICA, US POSSESSIONS | 19-Feb-2027 | Sales Lic. End:19-Feb-2030 | |
| Homicide Hunter Season 2 (13x60) | Distribution | Jupiter Entertainment, Inc. | 8923 Linksvue Dr. | | Knoxville | TN | 37922 | 2013 | WORLD, US POSS | COMMONWEALTH OF CANADA, UNITED STATES OF AMERICA, US POSSESSIONS | 19-Feb-2027 | Sales Lic. End:19-Feb-2030 | |
| Homicide Hunter Season 3 (13x60) | Distribution | Jupiter Entertainment, Inc. | 8923 Linksvue Dr. | | Knoxville | TN | 37922 | 2014 | WORLD, US POSS | COMMONWEALTH OF CANADA, UNITED STATES OF AMERICA, US POSSESSIONS | 19-Feb-2027 | Sales Lic. End:19-Feb-2030 | |
| Homicide Hunter Season 4 (20x60) | Distribution | Jupiter Entertainment, Inc. | 8923 Linksvue Dr. | | Knoxville | TN | 37922 | 2015 | WORLD, US POSS | COMMONWEALTH OF CANADA, UNITED STATES OF AMERICA, US POSSESSIONS | 19-Feb-2027 | Sales Lic. End:19-Feb-2030 | |
| Homicide Hunter Season 5 (20x60) | Distribution | Jupiter Entertainment, Inc. | 8923 Linksvue Dr. | | Knoxville | TN | 37922 | 2016 | WORLD, US POSS | COMMONWEALTH OF CANADA, UNITED STATES OF AMERICA, US POSSESSIONS | 19-Feb-2027 | Sales Lic. End:19-Feb-2030 | |
| Homicide Hunter Season 6 (20x60) | Distribution | Jupiter Entertainment, Inc. | 8923 Linksvue Dr. | | Knoxville | TN | 37922 | 2017 | WORLD, US POSS | COMMONWEALTH OF CANADA, UNITED STATES OF AMERICA, US POSSESSIONS | 19-Feb-2027 | Sales Lic. End:19-Feb-2030 | |
| Homicide Hunter Season 7 (20x60) | Distribution | Jupiter Entertainment, Inc. | 8923 Linksvue Dr. | | Knoxville | TN | 37922 | 2018 | WORLD, US POSS | COMMONWEALTH OF CANADA, UNITED STATES OF AMERICA, US POSSESSIONS | 19-Feb-2027 | Sales Lic. End:19-Feb-2030 | |
| Homicide Hunter Season 8 (20x60) | Distribution | Jupiter Entertainment, Inc. | 8923 Linksvue Dr. | | Knoxville | TN | 37922 | 2019 | WORLD, US POSS | COMMONWEALTH OF CANADA, UNITED STATES OF AMERICA, US POSSESSIONS | 19-Feb-2027 | Sales Lic. End:19-Feb-2030 | |
| Homicide's Elite (12x60) | Distribution | Jupiter Entertainment, Inc. | 8923 Linksvue Dr. | | Knoxville | TN | 37922 | 2018 | WORLD, CARIB, Canada, Sp PR, US | AFRICA, Canada, CARIBBEAN, COMMONWEALTH OF CANADA, Puerto Rico, UNITED STATES OF AMERICA, US POSSESSIONS | 21-Dec-2029 | 21-Dec-32 | Season 4 just delivered on 12-22-22 |
| Homicide's Elite Season 2 (12x60) | Distribution | Jupiter Entertainment, Inc. | 8923 Linksvue Dr. | | Knoxville | TN | 37922 | 2019 | WORLD, CARIB, Canada, Sp PR, US | AFRICA, Canada, CARIBBEAN, COMMONWEALTH OF CANADA, Puerto Rico, UNITED STATES OF AMERICA, US POSSESSIONS | 21-Dec-2029 | 21-Dec-32 | Season 4 just delivered on 12-22-22 |
| Homicide's Elite Season 3 (15x60) | Distribution | Jupiter Entertainment, Inc. | 8923 Linksvue Dr. | | Knoxville | TN | 37922 | 2021 | WORLD, CARIB, Canada, Sp PR, US | AFRICA, Canada, CARIBBEAN, COMMONWEALTH OF CANADA, Puerto Rico, UNITED STATES OF AMERICA, US POSSESSIONS | 21-Dec-2029 | 21-Dec-32 | Season 4 just delivered on 12-22-22 |
| Homicide's Elite Season 4 (20x60) | Distribution | Jupiter Entertainment, Inc. | 8923 Linksvue Dr. | | Knoxville | TN | 37922 | 2022 | WORLD, CARIB, Canada, Sp PR, US | AFRICA, Canada, CARIBBEAN, COMMONWEALTH OF CANADA, Puerto Rico, UNITED STATES OF AMERICA, US POSSESSIONS | 21-Dec-2029 | 21-Dec-32 | Season 4 just delivered on 12-22-22 |
| I Saw The Unknown (10x60) | Distribution | Exit 105 Productions, LLC c/o Myman Greenspan, et al. | 11601 Wilshire Blvd. | Suite #2200 | Los Angeles | CA | 90025 | 2019 | WORLD, DOMS, C Amer, D ANTL, OT CARIB, W INDIES | CENTRAL AMERICA, DOM TOMS, DUTCH ANTILLES, OTHER CARIBBEAN ISLANDS, United States, US POSSESSIONS, WEST INDIES | 3-Mar-2030 | Sales Lic. End:03-Mar-2033 | |
| In Their Own Words (6x60) | Distribution | Lower Canada Productions Inc | 1200 Bay St. #400 | | Toronto | Ontario | Canada | M5R 2A5 | 2021 | WORLD, US POSS, Canada | Canada, UNITED STATES OF AMERICA, US POSSESSIONS | 5-Aug-2031 | *Owned Rights Rights Expire 10Y frm Tech. Accpt. No playoff | Delivered on Aug 6, 2021. |
| It's A Miracle (100x60) | Distribution | Paxson Merchandising & Licensing, Inc. | 10880 Wilshire Blvd. #1200 | | Los Angeles | CA | 90024 | 1998-2002 | WORLD | United States, Puerto Rico, US POSSESSIONS | 31-Dec-2999 | Owned Rights:Perpetuity | |
| It's a Miracle With Roma Downey (88x60) | Distribution | Paxson Merchandising & Licensing, Inc. | 10880 Wilshire Blvd.#1200 | | Los Angeles | CA | 90024 | 2003-2004 | WORLD | United States, Puerto Rico, US POSSESSIONS | 31-Dec-2999 | Owned Rights:Perpetuity | |
| Jack Hanna's Into The Wild (74x30) | Distribution | Litton Syndications, Inc. d/b/a Litton Entertainment | 884 Allbritton Blvd. | Suite 200 | M. Pleasant | SC | 29464 | 2010-13 | WORLD, Sp PR, US Sam, Guam, Marsh Is, US Virgn | UNITED STATES OF AMERICA, US POSSESSIONS** | 16-Jun-2023 | Owned Rights: Non-Exclusive N.E. Sales Lic. End:16-Jun-2026 | Planning on renewing. |
| Jury Room, The Season 1 (6x60) | Distribution | AMC Networks International Broadcasting L | 111 Salusbury Rd | | London | United Kingdom | NW6 8RG | 2017 | WORLD | AFRICA, BENELUX, Cyprus, EASTERN EUROPE, ENGLISH EUROPE, Greece, MIDDLE EAST GROUP, Portugal, SCANDINAVIA... | 21-Dec-2027 | Sales Lic. End:21-Dec-2030 | |
| Kevin Dundon's Back to Basics (8x30) | Distribution | Modern Irish Food LLC | 16601 Marquez Ave. | Suite 605 | Pacific Palisades | CA | 90272 | 2014 | WORLD, US POSS | Northern Ireland, Republic of Ireland, United States, US POSSESSIONS** | 22-Mar-2023 | Sales Lic. End:22-Mar-2026 | Planning on renewing. |
| Kid Diners Season 1 (13x30) | Distribution | Farpoint Films, Inc. | 202-1335 Erin St. | | Winnipeg | Manitoba | Canada | R3E 2S7 | 2016 | WORLD | COMMONWEALTH OF CANADA, UNITED STATES OF AMERICA, US POSSESSIONS** | 2-Jul-2027 | Sales Lic. End:02-Jul-2030 | |
| Land of the Mammoth (2x60) | Distribution | Novi Productions | 26 rue Cailleni | | Boulogne | France | 92100 | 2001 | WORLD | FRENCH OVM TERRITORIES, FRENCH EUROPE, Puerto Rico | 31-Dec-2999 | Owned Rights:Perpetuity | |
| Life On Top (13x30 or 4x120) | In house production | | | | | | | 2009 | WORLD | | 31-Dec-2999 | Owned Rights:Perpetuity | |
| Life On Top 2 (13x30 or 4x120) | In house production | | | | | | | 2010 | WORLD | | 31-Dec-2999 | Owned Rights:Perpetuity | |
| Lisa Williams: Live-Season 1 (6x60) | Distribution | LW Media Inc. c/o 3 Arts Entertainment | c/o Myman Abell Fineman Fox Greenspan & Light LLP | 11601 Wilshire Blvd. #2200 | Los Angeles | CA | 90025 | 2009 | WORLD | United States, US Possession | 19-Feb-2023 | Sales Lic. End: 19-Feb-2026 | Planning to renew. |
| Lisa Williams: Live-Season 2 (6x60) | Distribution | LW Media Inc. c/o 3 Arts Entertainment | c/o Myman Abell Fineman Fox Greenspan & Light LLP | 11601 Wilshire Blvd. #2200 | Los Angeles | CA | 90025 | 2010 | WORLD | United States, US Possession | 19-Feb-2023 | Sales Lic. End: 19-Feb-2026 | Planning to renew. |
| Living Earth: Eagle and the Ant (3x60) | Distribution | WPM Holding Pty ltd | 11a Solander Lane | | Daceyville, NSW | Australia | 2032 | 2023 | World | France and Australia | Shopping agreement expired on Dec 31, 2022 | 3 year play off period | Producer wants to continue with RGTV distributing; extension pending further negotiations. |
| My Crazy Obsession (8x30) | Distribution | Discovery Networks Intl LLC | 1 Discovery Place | | Silver Spring | MD | 20910 | 2012 | WORLD, Sp PR, US Sam, Guam, Marsh Is** | COMMONWEALTH OF CANADA, UNITED STATES OF AMERICA, US POSSESSIONS | 9-Jan-2024 | Sales Lic. End:09-Jan-2026 | |
| My Crazy Obsession (Pilot - My Collection O) (1x60) | Distribution | Discovery Networks Intl LLC | 1 Discovery Place | | Silver Spring | MD | 20910 | 2011 | WORLD, Sp PR, US Sam, Guam, Marsh Is** | COMMONWEALTH OF CANADA, UNITED STATES OF AMERICA, US POSSESSIONS | 9-Jan-2024 | Sales Lic. End:09-Jan-2026 | |
| My Crazy Obsession Season 2 (8x30) | Distribution | Discovery Networks Intl LLC | 1 Discovery Place | | Silver Spring | MD | 20910 | 2013 | WORLD, Sp PR, US Sam, Guam, Marsh Is** | COMMONWEALTH OF CANADA, UNITED STATES OF AMERICA, US POSSESSIONS | 9-Jan-2024 | Sales Lic. End:09-Jan-2026 | |
| My Crazy Obsession Special (Christmas 2) (1x60) | Distribution | Discovery Networks Intl LLC | 1 Discovery Place | | Silver Spring | MD | 20910 | 2012 | WORLD, Canada, Sp PR, US Sam, Guam, Marsh Is | COMMONWEALTH OF CANADA, UNITED STATES OF AMERICA, US POSSESSIONS | 9-Jan-2024 | Sales Lic. End:09-Jan-2026 | |
| My Crazy Obsession Special (Christmas S1) (1x60) | Distribution | Discovery Networks Intl LLC | 1 Discovery Place | | Silver Spring | MD | 20910 | 2012 | WORLD, Canada, Sp PR, US Sam, Guam, Marsh Is | COMMONWEALTH OF CANADA, UNITED STATES OF AMERICA, US POSSESSIONS | 9-Jan-2024 | Sales Lic. End:09-Jan-2026 | |
| My Misdiagnosis (26x60) | Distribution | Farpoint Films, Inc. | 202-1335 Erin St. | Winnipeg | Manitoba | Canada | R3E 2S7 | 2019 | WORLD | COMMONWEALTH OF CANADA, UNITED STATES OF AMERICA, US POSSESSIONS | 23-Jan-2029 | Sales Lic. End:23-Jan-2032 | |
| My Strange Addiction Special (S1) (1x60) | Distribution | Discovery Networks Intl LLC | 1 Discovery Place | | Silver Spring | MD | 20910 | 2011 | WORLD, Eng Europe, Braz, Canada, Sp PR | Brazil, COMMONWEALTH OF CANADA, ENGLISH EUROPE, Puerto Rico, UNITED STATES OF AMERICA, US POSSESSIONS** | 9-Apr-2025 | Sales Lic. End:09-Apr-2027 | |
| My Strange Addiction Special (S2) (1x60) | Distribution | Discovery Networks Intl LLC | 1 Discovery Place | | Silver Spring | MD | 20910 | 2011 | WORLD, Eng Europe, Braz, Canada, Sp PR | Brazil, COMMONWEALTH OF CANADA, ENGLISH EUROPE, Puerto Rico, UNITED STATES OF AMERICA, US POSSESSIONS** | 9-Apr-2025 | Sales Lic. End:09-Apr-2027 | |
| My Strange Addiction Special (S6) (1x60) | Distribution | Discovery Networks Intl LLC | 1 Discovery Place | | Silver Spring | MD | 20910 | 2015 | WORLD, Eng Europe, Braz, Canada, Sp PR | Brazil, COMMONWEALTH OF CANADA, ENGLISH EUROPE, Puerto Rico, UNITED STATES OF AMERICA, US POSSESSIONS** | 9-Apr-2025 | Sales Lic. End:09-Apr-2027 | |

Rive Gauche Television

| Title of Property | Type of Contract | Company (counter-party) | Address 1 | Address2 | City | State | Zip Code | Year Produced | Rights Territories | Rights Territory Exclusions | Distribution End Date | Sales License Play Off Period (License Terms with broadcasters are allowed to extend through this date.) | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| My Strange Addiction: Season 1 (12x30) | Distribution | Discovery Networks Intl LLC | 1 Discovery Place | | Silver Spring | MD | 20910 | 2011 | WORLD, Eng Europe, Braz, Canada, Sp PR | Brazil, COMMONWEALTH OF CANADA, ENGLISH EUROPE, Puerto Rico, UNITED STATES OF AMERICA, US POSSESSIONS | 9-Apr-2025 | Sales Lic. End:09-Apr-2027 | |
| My Strange Addiction: Season 2 (8x30) | Distribution | Discovery Networks Intl LLC | 1 Discovery Place | | Silver Spring | MD | 20910 | 2012 | WORLD, Eng Europe, Braz, Canada, Sp PR | Brazil, COMMONWEALTH OF CANADA, ENGLISH EUROPE, Puerto Rico, UNITED STATES OF AMERICA, US POSSESSIONS | 9-Apr-2025 | Sales Lic. End:09-Apr-2027 | |
| My Strange Addiction: Season 3 (8x30) | Distribution | Discovery Networks Intl LLC | 1 Discovery Place | | Silver Spring | MD | 20910 | 2012 | WORLD, Eng Europe, Braz, Canada, Sp PR | Brazil, COMMONWEALTH OF CANADA, ENGLISH EUROPE, Puerto Rico, UNITED STATES OF AMERICA, US POSSESSIONS | 9-Apr-2025 | Sales Lic. End:09-Apr-2027 | |
| My Strange Addiction: Season 4 (8x30) | Distribution | Discovery Networks Intl LLC | 1 Discovery Place | | Silver Spring | MD | 20910 | 2012 | WORLD, Eng Europe, Braz, Canada, Sp PR | Brazil, COMMONWEALTH OF CANADA, ENGLISH EUROPE, Puerto Rico, UNITED STATES OF AMERICA, US POSSESSIONS | 9-Apr-2025 | Sales Lic. End:09-Apr-2027 | |
| My Strange Addiction: Season 5 (6 x 30) | Distribution | Discovery Networks Intl LLC | 1 Discovery Place | | Silver Spring | MD | 20910 | 2014 | WORLD, Eng Europe, Braz, Canada, Sp PR | Brazil, COMMONWEALTH OF CANADA, ENGLISH EUROPE, Puerto Rico, UNITED STATES OF AMERICA, US POSSESSIONS | 9-Apr-2025 | Sales Lic. End:09-Apr-2027 | |
| My Strange Addiction: Season 6 (5 x 30) | Distribution | Discovery Networks Intl LLC | 1 Discovery Place | | Silver Spring | MD | 20910 | 2014 | WORLD, Eng Europe, Braz, Canada, Sp PR | Brazil, COMMONWEALTH OF CANADA, ENGLISH EUROPE, Puerto Rico, UNITED STATES OF AMERICA, US POSSESSIONS | 9-Apr-2025 | Sales Lic. End:06-Aug-2025 | |
| Nowhere To Run (13x30) | Production Distribution | Robert Tur | High Definition Net, Inc. | 2800 Neilson Way, #1114 | Santa Monica | CA | 90405 | 2007-2008 | WORLD | | 31-Dec-9999 | Owned Rights:Perpetuity | |
| Operation Osmin (23x60) | Distribution | SiTV, Inc d/b/a nuvo TV | 700 N Central Ave | Suite 200 | Glendale | CA | | 2012 | WORLD, CAN, US POSS | COMMONWEALTH OF CANADA, UNITED STATES OF AMERICA, US POSSESSIONS | 21-Aug-2022 | Sales Lic. End:21-Aug-2022 | Planning on renewing. |
| Overexposed (1x120) | Distribution | Atlantic Screen Group | 23 High St | | Pewsey Wiltshire | England | SN9 5AF | 2018 | WORLD | | 13-Aug-2027 | Sales Lic. End:13-Aug-2030 | |
| Project Dad (8x60) | Distribution | Chicken Soupe for the Soul Entertainment, Inc. | PO Box 700 | | Cos Cob | CT | 06807 | 2017 | WORLD, Sp PR, US, US Sam, Guam, US Virgin | | 13-Dec-2027 | Sales Lic. End: 13-Dec-2027 | |
| Race To The Scene (8x60) | Distribution | Tony Testa | "The Company" | 8447 Wilshire Blvd. #300 | Beverly Hills | CA | 90211 | 2012 | WORLD, US POSS | UNITED STATES OF AMERICA, US POSS | 6-Aug-2023 | Sales Lic. End:06-Aug-2023 | Planning on renewing. |
| Real Strange (3x60) | Distribution | Big Cat Productions Inc. | 1621 Gulf Blvd. #1103 | | Clearwater | FL | 33767 | 2007 | WORLD | | 12-Dec-2050 | | |
| Science of Sin (4x60) | Distribution | 1755643 Ontario Ltd c/o Stornoway Enterprises | 105 Gordon Baker Road | #800 | Toronto | ON | M2H 3P8 | 2011 | WORLD | Canada, COMMONWEALTH OF CANADA | 28-Jun-2026 | Sales Lic. End: 28-Jun-2026 | Date includes 5 year extension; waiting for producer confirmation to our renewal offer; in mean time, we are continuing to distribute. |
| Secrets Of The Dog Park (1x60) | Distribution | Stornoway Enterprises | 105 Gordon Baker Road | #800 | Toronto | ON | M2H 3P8 | 2015 | WORLD | Canada, COMMONWEALTH OF CANADA | 13-Apr-2023 | Sales Lic. End:13-Apr-2026 | |
| Sins & Secrets (29x60) | Distribution | Jupiter Entertainment, Inc. | 8923 Linksvue Dr. | | Knoxville | TN | 37922 | 2011 | WORLD, US POSS | Canada, COMMONWEALTH OF CANADA, UNITED STATES OF AMERICA, US POSSESSIONS | 23-Jul-2024 | Sales Lic. End:23-Jul-2027 | Planning on renewing. |
| Sins & Secrets Season 2 (10x60) | Distribution | Jupiter Entertainment, Inc. | 8923 Linksvue Dr. | | Knoxville | TN | 37922 | 2013 | WORLD, US POSS | Canada, COMMONWEALTH OF CANADA, UNITED STATES OF AMERICA, US POSSESSIONS | 23-Jul-2024 | Sales Lic. End:23-Jul-2027 | Planning on renewing. |
| Sins & Secrets Season 3 (6x60) | Distribution | Jupiter Entertainment, Inc. | 8923 Linksvue Dr. | | Knoxville | TN | 37922 | 2011 | WORLD, US POSS | Canada, COMMONWEALTH OF CANADA, UNITED STATES OF AMERICA, US POSSESSIONS | 23-Jul-2024 | Sales Lic. End:23-Jul-2027 | Planning on renewing. |
| Something's Killing Me Season 1 (6x60) | Distribution | CNN Productions Inc. | One CNN Center | | Atlanta | GA | 30303 | 2017 | WORLD, CAN | Canada, COMMONWEALTH OF CANADA, United States, UNITED STATES OF AMERICA, US POSSESSIONS | TBD - 2031 | *Owned Rights:8Y, 6M frm Del Matls + a 3 year playoff period | Acquiring additional season, end date determined on delivery of last season in '23. |
| Something's Killing Me Season 2 (6x60) | Distribution | CNN Productions Inc. | One CNN Center | | Atlanta | GA | 30303 | 2018 | WORLD, CAN | Canada, COMMONWEALTH OF CANADA, United States, UNITED STATES OF AMERICA, US POSSESSIONS | TBD - 2031 | *Owned Rights:8Y, 6M frm Del Matls + a 3 year playoff period | Acquiring additional season, end date determined on delivery of last season in '23. |
| Something's Killing Me Season 3 (6x60) | Distribution | CNN Productions Inc. | One CNN Center | | Atlanta | GA | 30303 | 2019 | WORLD, CAN | Canada, COMMONWEALTH OF CANADA, United States, UNITED STATES OF AMERICA, US POSSESSIONS | TBD - 2031 | *Owned Rights:8Y, 6M frm Del Matls + a 3 year playoff period | Acquiring additional season, end date determined on delivery of last season in '23. |
| Stupid Suspects (13x30) | In house production | | | | | | | 2008 | WORLD | | 31-Dec-2999 | Owned Rights:Perpetuity | |
| Super Fires (2x60) | owned | | | | | | | 1999 | WORLD | | 31-Dec-2999 | Owned Rights:Perpetuity | |
| Survivors (1x60) | Distribution | East Gate productions, LLC | 33333 Mulholland Hwy | | Malibu | CA | 90265 | 2020 | WORLD | | TBD | | Delivery missing item so delivery isn't complete. |
| Teens Who Kill (10x60) | Distribution | AMC Networks International Broadcasting L | 111 Salusbury Rd | | London | United Kingdom | NW6 8RG | 2017 | WORLD, AFRICA, Capo, Malta | AFRICA, BENELUX, Cyprus, EASTERN EUROPE, ENGLISH EUROPE, Greece, MIDDLE EAST GROUP, Portugal, SCANDINAVIA, Turkey | 1-Jan-2028 | Sales Lic. End:01-Jan-2031 | |
| The Case Against Cosby (2x60, 1x90) | Distribution | Moment For Justice Produxs Inc. c/o National Bank of Canada (Prospero Media) | 400-1200 Bay St. | | Toronto | Ontario | Canada | M5R 2A5 | 2022 | WORLD | Canada, COMMONWEALTH OF CANADA | TBD | Owned Rights:Rights Expire:10Y frm Tech. Accpt.+ 3yr play-off | Not delivered yet; delivery determines the end date. (delivered final element on 12/23 need to wait for QC* |
| The Clone Age (1x60) | Distribution | Discovery Networks Intl LLC | 1 Discovery Place | | Silver Spring | MD | | 1997 | WORLD | Mexico, Puerto Rico | 31-Dec-2999 | Owned Rights:Perpetuity | |
| The Cut (13x30) | Production Distribution | Traveling Light Media | 2740 West Magnolia Blvd. #102 | | Burbank | CA | 91505 | 2008 | WORLD | | 1-Dec-2999 | Owned Rights:Perpetuity | |
| The Day I Almost Died (8x60) | Distribution | Indigo Films Entertainment Group, Inc. | 155 N. Redwood Dr. #250 | | San Rafael | CA | 94903 | 2015 | WORLD, Sp PR, US Sam, Guam, US Virgn | American Samoa, Guam, Puerto Rico, United States, UNITED STATES OF AMERICA, US POSSESSIONS, US Virgin Islands | 28-Jun-2025 | Sales Lic. End:28-Jun-2028 | |
| The Day I Should Have Died (10x60) | Distribution | AMC Networks International Broadcasting L | 111 Salusbury Rd | | London | United Kingdom | NW6 8RG | 2017 | WORLD, AFRICA, Capo, Malta | AFRICA, BENELUX, Cyprus, EASTERN EUROPE, ENGLISH EUROPE, Greece, MIDDLE EAST GROUP, Portugal, SCANDINAVIA, Turkey | 1-Jan-2028 | Sales Lic. End:01-Jan-2031 | |
| The Dog Whisperer - Season 1 (26x30) | Distribution | Dog Whisperer Productions, LLC | CBS Studio Center | 4024 Radford Ave. M19 | Studio City | CA | 91604 | 2004 | WORLD | English Canada, Puerto Rico, UNITED STATES OF AMERICA, US POSSESSIONS | 14-Apr-2022 | Sales Lic. End:14-Apr-2025 | In process of renewing. Rights have been verbally extended by producers while negotiating an extension. |
| The Dog Whisperer - Season 2 (20x60) | Distribution | Dog Whisperer Productions, LLC | CBS Studio Center | 4024 Radford Ave. M19 | Studio City | CA | 91604 | 2006 | WORLD | English Canada, Puerto Rico, UNITED STATES OF AMERICA, US POSSESSIONS | 14-Apr-2022 | Sales Lic. End:14-Apr-2025 | In process of renewing. Rights have been verbally extended by producers while negotiating an extension. |
| The Dog Whisperer - Season 3 (21 x 60) | Distribution | Dog Whisperer Productions, LLC | CBS Studio Center | 4024 Radford Ave. M19 | Studio City | CA | 91604 | 2006 | WORLD | English Canada, Puerto Rico, UNITED STATES OF AMERICA, US POSSESSIONS | 14-Apr-2022 | Sales Lic. End:14-Apr-2025 | In process of renewing. Rights have been verbally extended by producers while negotiating an extension. |

| Title of Property | Type of Contract | Company (counter-party) | Address 1 | Address2 | City | State | Zip Code | Year Produced | Rights Territories | Rights Territory Exclusions | Distribution End Date | Sales License Play Off Period (License Terms with broadcasters are allowed to extend through this date.) | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| The Dog Whisperer - Season 4 (36x60) | Distribution | Dog Whisperer Productions, LLC | CBS Studio Center | 4024 Radford Ave. M19 | Studio City | CA | 91604 | 2007 | WORLD | English Canada, Puerto Rico, UNITED STATES OF AMERICA, US POSSESSIONS | 14-Apr-2022 | Sales Lic. End:14-Apr-2025 | In process of renewing. Rights have been verbally extended by producers while negotiating an extension. |
| The Dog Whisperer - Season 5 (37x60) | Distribution | Dog Whisperer Productions, LLC | CBS Studio Center | 4024 Radford Ave. M19 | Studio City | CA | 91604 | 2010 | WORLD | English Canada, Puerto Rico, UNITED STATES OF AMERICA, US POSSESSIONS | 14-Apr-2022 | Sales Lic. End:14-Apr-2025 | In process of renewing. Rights have been verbally extended by producers while negotiating an extension. |
| The Dog Whisperer - Season 6 (16x60) | Distribution | Dog Whisperer Productions, LLC | CBS Studio Center | 4024 Radford Ave. M19 | Studio City | CA | 91604 | 2010 | WORLD | English Canada, Puerto Rico, UNITED STATES OF AMERICA, US POSSESSIONS | 14-Apr-2022 | Sales Lic. End:14-Apr-2025 | In process of renewing. Rights have been verbally extended by producers while negotiating an extension. |
| The Dog Whisperer - Season 7 (20x60) | Distribution | Dog Whisperer Productions, LLC | CBS Studio Center | 4024 Radford Ave. M19 | Studio City | CA | 91604 | 2011-2012 | WORLD | English Canada, Puerto Rico, UNITED STATES OF AMERICA, US POSSESSIONS | 14-Apr-2022 | Sales Lic. End:14-Apr-2025 | In process of renewing. Rights have been verbally extended by producers while negotiating an extension. |
| The Dog Whisperer: Cesar Down Under (2 x 60) | Distribution | Dog Whisperer Productions, LLC | CBS Studio Center | 4024 Radford Ave. M19 | Studio City | CA | 91604 | 2010 | WORLD | English Canada, Puerto Rico, UNITED STATES OF AMERICA, US POSSESSIONS | 14-Apr-2022 | Sales Lic. End:14-Apr-2025 | In process of renewing. Rights have been verbally extended by producers while negotiating an extension. |
| The Dog Whisperer: U.K. (2 x 60) | Distribution | Dog Whisperer Productions, LLC | CBS Studio Center | 4024 Radford Ave. M19 | Studio City | CA | 91604 | 2010 | WORLD | English Canada, Puerto Rico, UNITED STATES OF AMERICA, US POSSESSIONS | 14-Apr-2022 | Sales Lic. End:14-Apr-2025 | In process of renewing. Rights have been verbally extended by producers while negotiating an extension. |
| The Killer Truth (8x60) | Distribution | CNN Productions Inc. | One CNN Center | | Atlanta | GA | 30303 | 2020 | WORLD, CAN | Canada, COMMONWEALTH OF CANADA, United States, UNITED STATES OF AMERICA, US POSSESSIONS | 5-Jan-2031 | Sales Lic. End:05-Jan-2034 | |
| The Super (26x30) | Distribution | Candor Entertainment | PO Box 11480 | 3545 South Park Dr | Jackson | WY | 83002 | 2011-12 | WORLD, Mex | Bahamas, Bermuda, CARIBBEAN, COMMONWEALTH OF CANADA, Mexico, UNITED STATES OF AMERICA, US POSSESSIONS | 22-Jun-2026 | Sales Lic. End:22-Jun-2029 | Date includes 5 year extension; waiting for producer confirmation to our renewal offer; in mean time, we are continuing to distribute. |
| Trace of Evil (25x60) | Distribution | AMC Networks International Broadcasting L | 111 Salusbury Rd | | London | United Kingdom | NW6 8RG | 2018 | WORLD, AFRICA | AFRICA, BENELUX, Cyprus, EASTERN EUROPE, ENGLISH EUROPE, Greece, MIDDLE EAST GROUP, Portugal, SCANDINAVIA, Turkey | TBD - 2033 | *Owned Rights:Rights Expire:10Y frm Tech. Accpt. + 3 yr payoff | Acquiring additional season, end date determined on delivery of last season in '23. |
| Trace of Evil Season 2 (26x60) | Distribution | AMC Networks International Broadcasting L | 111 Salusbury Rd | | London | United Kingdom | NW6 8RG | 2019 | WORLD, AFRICA | AFRICA, BENELUX, Cyprus, EASTERN EUROPE, ENGLISH EUROPE, Greece, MIDDLE EAST GROUP, Portugal, SCANDINAVIA, Turkey | TBD - 2033 | *Owned Rights:Rights Expire:10Y frm Tech. Accpt. + 3 yr payoff | Acquiring additional season, end date determined on delivery of last season in '23. |
| Trace of Evil Season 3 (26 x 60) | Distribution | AMC Networks International Broadcasting L | 111 Salusbury Rd | | London | United Kingdom | NW6 8RG | 2020 | WORLD, AFRICA | AFRICA, BENELUX, Cyprus, EASTERN EUROPE, ENGLISH EUROPE, Greece, MIDDLE EAST GROUP, Portugal, SCANDINAVIA, Turkey | TBD - 2033 | *Owned Rights:Rights Expire:10Y frm Tech. Accpt. + 3 yr payoff | Acquiring additional season, end date determined on delivery of last season in '23. |
| Travellers With Skis (10x30) | Distribution | Mogulmedia Oy Ltd. | Iimalamkuja 2L | Fifth Floor | Helsinki | Finland | 00240 | 2011 | WORLD | Finland | 31-Dec-2027 | Sales Lic. End: 31-Dec-2030 | Date includes 7 year extension sent to producers; waiting for producer confirmation to our renewal offer; in mean time, we are continuing to distribute. |
| Travellers With Skis Season 2 (8x30) | Distribution | Mogulmedia Oy Ltd. | Iimalamkuja 2L | Fifth Floor | Helsinki | Finland | 00240 | 2013 | WORLD | Finland | 31-Dec-2027 | Sales Lic. End: 31-Dec-2030 | Date includes 7 year extension sent to producers; waiting for producer confirmation to our renewal offer; in mean time, we are continuing to distribute. |
| True Supernatural (3x60) | Distribution | M2 Pictures c/o Agency for the Performing Arts | 405 S Beverly Dr, 4th Floor | | Beverly Hills | CA | 90212 | 2015 | WORLD, Sp PR, US Sam, Guam, US Virgn | UNITED STATES OF AMERICA, US POSSESSIONS | 17-Dec-2022 | Sales Lic. End:18-Dec-2025 | Planning on renewing; in discussions with producer. |
| Ultimate Homes (11x60) | Distribution | M2 Pictures c/o Agency for the Performing Arts | 405 S Beverly Dr, 4th Floor | | Beverly Hills | CA | 90212 | 2015 | WORLD, Sp PR, US Sam, Guam, US Virgn | UNITED STATES OF AMERICA, US POSSESSIONS | 17-Dec-2022 | Sales Lic. End:18-Dec-2025 | Planning on renewing; in discussions with producer. |
| Uncovering Intimate Partner Abuse (1x60) | Distribution | AMC Networks International Broadcasting L | 111 Salusbury Rd | | London | United Kingdom | NW6 8RG | 2017 | WORLD, AFRICA, Capo, Malta | AFRICA, BENELUX, Cyprus, EASTERN EUROPE, ENGLISH EUROPE, Greece, MIDDLE EAST GROUP, Portugal, SCANDINAVIA, Turkey | 1-Jan-2028 | Sales Lic. End:01-Jan-2031 | |
| Uncovering Melanie's Murderer (1x60) | Distribution | AMC Networks International Broadcasting L | 111 Salusbury Rd | | London | United Kingdom | NW6 8RG | 2017 | WORLD, AFRICA, Capo, Malta | AFRICA, BENELUX, Cyprus, EASTERN EUROPE, ENGLISH EUROPE, Greece, MIDDLE EAST GROUP, Portugal, SCANDINAVIA, Turkey | 1-Jan-2028 | Sales Lic. End:01-Jan-2031 | |
| Uncovering The Date Rape Killer (1x60) | Distribution | AMC Networks International Broadcasting L | 111 Salusbury Rd | | London | United Kingdom | NW6 8RG | 2017 | WORLD, AFRICA, Capo, Malta | AFRICA, BENELUX, Cyprus, EASTERN EUROPE, ENGLISH EUROPE, Greece, MIDDLE EAST GROUP, Portugal, SCANDINAVIA, Turkey | 1-Jan-2028 | Sales Lic. End:01-Jan-2031 | |
| Very Scary People (12x60) | Distribution | CNN Productions Inc. | One CNN Center | | Atlanta | GA | 30303 | 2019 | WORLD, CAN | Canada, COMMONWEALTH OF CANADA, United States, UNITED STATES OF AMERICA, US POSSESSIONS | TBD - 2033 | Owned Rights:Rights Expire:9Y frm Tech. Accpt.+ 3yr payoff | Acquiring additional season, end date determined on delivery of last season in '23. |
| Very Scary People Season 2 (12x60) | Distribution | CNN Productions Inc. | One CNN Center | | Atlanta | GA | 30303 | 2020 | WORLD, CAN | Canada, COMMONWEALTH OF CANADA, United States, UNITED STATES OF AMERICA, US POSSESSIONS | TBD - 2033 | Owned Rights:Rights Expire:9Y frm Tech. Accpt.+ 3yr payoff | Acquiring additional season, end date determined on delivery of last season in '23. |
| Very Scary People Season 3 (12x60) | Distribution | CNN Productions Inc. | One CNN Center | | Atlanta | GA | 30303 | 2021 | WORLD, CAN | Canada, COMMONWEALTH OF CANADA, United States, UNITED STATES OF AMERICA, US POSSESSIONS | TBD - 2033 | Owned Rights:Rights Expire:9Y frm Tech. Accpt.+ 3yr payoff | Acquiring additional season, end date determined on delivery of last season in '23. |
| Where Cool Came From Season 1 (12x30) | Distribution | Stornoway Enterprises | 105 Gordon Baker Road | #800 | Toronto | ON | M2H 3P8 | 2015 | WORLD | Canada, COMMONWEALTH OF CANADA | 13-Apr-2023 | Sales Lic. End:13-Apr-2026 | Planning on renewing. |
| Where Cool Came From Season 2 (8x30) | Distribution | Stornoway Enterprises | 105 Gordon Baker Road | #800 | Toronto | ON | M2H 3P8 | 2016 | WORLD | Canada, COMMONWEALTH OF CANADA | 13-Apr-2023 | Sales Lic. End:13-Apr-2026 | Planning on renewing. |
| Who Let The Dogs Out (26x30) | Distribution | TriWest Entertainment c/o Natural Balance | 12924 Pierce St. | | Pacoima | CA | 91331 | 2012 | WORLD, Sp PR, US Sam, Guam, US Virgn | United States, US POSSESSIONS*** | 31-Dec-2022 | Sales Lic. End:01-Aug-2023 | Planning on renewing. |

Rive Gauche Television

| Title of Property | Type of Contract | Company (counter-party) | Address 1 | Address2 | City | State | Zip Code | Year Produced | Rights Territories | Rights Territory Exclusions | Distribution End Date | Sales License Play Off Period (License Terms with broadcasters are allowed to extend through this date.) | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Wineroads (12x30) | Distribution | Mogulmedia Oy Ltd. | Iimalamkuja 2L | Fifth Floor | Helsinki | Finland | 00240 | 2012 | WORLD | Finland | 31-Dec-2027 | Sales Lic. End: 31-Dec-2030 | Date includes 7 year extension sent to producers; waiting for producer confirmation to our renewal offer; in mean time, we are continuing to distribute. |
| Wives With Knives Season 5 (8x60) | Distribution | Indigo Films Entertainment Group, Inc. | 155 N. Redwood Dr. #250 | | San Rafael | CA | 94903 | 2016 | WORLD, US POSS | UNITED STATES OF AMERICA, US POSSESSIONS | 20-Dec-2026 | Sales Lic. End:20-Dec-2029 | |
| Written In Blood (10x60) | Distribution | AMC Networks International Broadcasting L | 111 Salusbury Rd | | London | United Kingdom | NW6 8RG | 2017 | WORLD, AFRICA, Capo, Malta | AFRICA, BENELUX, Cyprus, EASTERN EUROPE, ENGLISH EUROPE, Greece, MIDDLE EAST GROUP, Portugal, SCANDINAVIA, Turkey | 7-Dec-2026 | Sales Lic. End:07-Dec-2029 | |
| Written In Blood Season 2 (6x60) | Distribution | AMC Networks International Broadcasting L | 111 Salusbury Rd | | London | United Kingdom | NW6 8RG | 2018 | WORLD, AFRICA, Capo, Malta | AFRICA, BENELUX, Cyprus, EASTERN EUROPE, ENGLISH EUROPE, Greece, MIDDLE EAST GROUP, Portugal, SCANDINAVIA, Turkey | 7-Dec-2026 | Sales Lic. End:07-Dec-2029 | |
| XRay-ted (8x30) | Distribution | Farpoint Films, Inc. | 202-1335 Erin St. | | Winnipeg | Manitoba | Canada | R3E 2S7 | 2017 | WORLD | COMMONWEALTH OF CANADA | TBD | *Owned Rights Rights Expire 10Y frm Tech. Accpt + 3YR PLAYOFF | Not delivered yet; delivery determines the end date. |

**RIVE GAUCHE TELEVISION - LIST OF ACTIVE SALES AGREEMENTS**

| Contract No. | Company | Address | Contract Date | Execution Date | Contract Status | Titles | Territories | Rights | License Start Date | License End |
|---|---|---|---|---|---|---|---|---|---|---|
| L2349 | A&E Television Networks, LLC | Annahita Palar A&E Television Networks, LLC 235 East 45th St. New York, NY 10017 | 15-Dec-2017 | 23-Jan-2018 | Executed | Overexposed | Bahamas, Bermuda, CARIBBEAN , United States, US POSSESSIONS | Pay per View, Pay TV, SVOD, Free TV, Internet | 31-Dec-2017 | 26-Jan-2023 |
| L2386 | AETN UK | Kelly Hornsby Sr Acq & Commissioning Editor AETN UK 1 Queen Caroline Street Hammersmith London W6 9YN, UK | 21-Feb-2019 | 8-Feb-2019 | Executed | Homicide Hunter Season 6, Homicide Hunter Season 7 | BALKANS, BALTIC STATES, BENELUX, Cyprus, EASTERN EUROPE , Greece, MIDDLE EAST GROUP | Pay TV, Internet | 1-Feb-2019 | 31-Dec-2022 |
| L2400 | AETN UK | Kelly Hornsby Sr Acq & Commissioning Editor AETN UK 1 Queen Caroline Street Hammersmith London W6 9YN, UK | 19-Jul-2019 | 21-Aug-2019 | Executed | Very Scary People, Very Scary People Season 2 | Channel Islands, EAST AFRICA, England, EX BELGIUM COLONIES, EX FRENCH AFRICA, FRENCH INDIAN OCEAN, Isle Of Man, ITALIAN AFRICA, Malta, Northern Ireland, Poland, PORTUGUESE AFRICA, Republic of Ireland, Republic of South Africa, Scotland, SOUTH AFRICA, Wale | Ancillary, Pay per View, Pay TV, Internet | 1-Aug-2019 | 31-Jan-2023 |
| L2400a | AETN UK | Kelly Hornsby Sr Acq & Commissioning Editor AETN UK 1 Queen Caroline Street Hammersmith London W6 9YN, UK | 17-May-2021 | 17-May-2021 | Executed | Very Scary People Season 2, Very Scary People | Channel Islands, EAST AFRICA, England, EX BELGIUM COLONIES, EX FRENCH AFRICA, FRENCH INDIAN OCEAN, Isle Of Man, ITALIAN AFRICA, Malta, Northern Ireland, Poland, PORTUGUESE AFRICA, Republic of Ireland, Republic of South Africa, Scotland, SOUTH AFRICA, Wale | SVOD | 17-May-2021 | 31-Jan-2023 |
| L2400b | AETN UK | Kelly Hornsby Sr Acq & Commissioning Editor AETN UK 1 Queen Caroline Street Hammersmith London W6 9YN, UK | 13-Jul-2022 | 12-Jul-2022 | Executed | Very Scary People | Channel Islands, EAST AFRICA, England, EX BELGIUM COLONIES, EX FRENCH AFRICA, FRENCH INDIAN OCEAN, Isle Of Man, ITALIAN AFRICA, Malta, Northern Ireland, Poland, PORTUGUESE AFRICA, Republic of Ireland, Republic of South Africa, Scotland, SOUTH AFRICA, Wale | Pay per View, Pay TV, SVOD, Free TV, Internet | 1-Aug-2022 | 31-Jan-2023 |
| L2395a | AETN UK | Kelly Hornsby Sr Acq & Commissioning Editor AETN UK 1 Queen Caroline Street Hammersmith London W6 9YN, UK | 17-May-2021 | 17-May-2021 | Executed | Homicide Hunter Season 8 | Channel Islands, England, Isle Of Man, Malta, Northern Ireland, Republic of Ireland, Scotland, Wales | SVOD | 1-Jan-2020 | 31-Mar-2023 |
| L2395 | AETN UK | Kelly Hornsby Sr Acq & Commissioning Editor AETN UK 1 Queen Caroline Street Hammersmith London W6 9YN, UK | 26-Apr-2019 | 27-Sep-2019 | Executed | Homicide Hunter Season 8 | Channel Islands, Cyprus, EAST AFRICA, England, EX BELGIUM COLONIES, EX FRENCH AFRICA, FRENCH INDIAN OCEAN, Greece, Isle Of Man, ITALIAN AFRICA, Malta, Northern Ireland, Poland, PORTUGUESE AFRICA, Republic of Ireland, Republic of South Africa, Scotland, SO | Ancillary, Pay per View, Pay TV | 1-Jan-2020 | 30-Jun-2023 |
| L2435 | AETN UK | Kelly Hornsby Sr Acq & Commissioning Editor AETN UK 1 Queen Caroline Street Hammersmith London W6 9YN, UK | 5-Jan-2021 | 21-Jan-2021 | Executed | Homicide Hunter Season 8, Homicide Hunter Season 4, Homicide Hunter Season 5, Homicide Hunter Season 3, Ice Cold Killers Season 3, Ice Cold Killers Season 4, Ice Cold Killers Season 5, Ice Cold Killers, Ice Cold Killers Season 2 | Afghanistan, Albania, Algeria, Bahrain, BENELUX, Bosnia/Herzegovina, Bulgaria, Chad, Croatia, Cyprus, Czech Republic, Djibouti, Egypt, Estonia, Greece, Hungary, Iran, Iraq, Israel, Jordan, Kuwait, Latvia, Lebanon, Libya, Lithuania, Macedonia, Mauritania, | Pay TV, Internet | 1-Jan-2021 | 31-Dec-2024 |
| L2441 | AETN UK | Kelly Hornsby Sr Acq & Commissioning Editor AETN UK 1 Queen Caroline Street Hammersmith London W6 9YN, UK | 17-May-2021 | 17-May-2021 | Executed | Homicide Hunter Season 6, Homicide Hunter Season 7, Very Scary People Season 3, Homicide Hunter Season 4, Homicide Hunter Season 2, Homicide Hunter Season 3 | Channel Islands, England, Gibraltar, Isle Of Man, Malta, Northern Ireland, Republic of Ireland, Scotland, Wales | Ancillary, Pay per View, Pay TV, SVOD, Internet | 1-Apr-2021 | 31-Dec-2024 |

Contract List

| Contract No. | Company | Address | Contract Date | Execution Date | Contract Status | Titles | Territories | Rights | License Start Date | License End |
|---|---|---|---|---|---|---|---|---|---|---|
| L2441a | AETN UK | Kelly Hornsby<br>Sr Acq & Commissioning Editor<br>AETN UK<br>1 Queen Caroline Street<br>Hammersmith<br>London W6 9YN, UK | 17-May-2021 | 17-May-2021 | Executed | Homicide's Elite, Homicide's Elite Season 2 | BALKANS, BALTIC STATES, BENELUX, Channel Islands, Cyprus, EASTERN EUROPE , England, Gibraltar, Greece, Isle Of Man, Israel, Malta, MIDDLE EAST GROUP, Moldova, Northern Ireland, Republic of Ireland, Scotland, Wales | Pay TV, SVOD, Internet | 1-Sep-2021 | 31-Dec-2025 |
| L2454 | AETN UK | Kelly Hornsby<br>Sr Acq & Commissioning Editor<br>AETN UK<br>1 Queen Caroline Street<br>Hammersmith<br>London W6 9YN, UK | 23-Mar-2022 | 11-Mar-2022 | Executed | Homicide Hunter Season 8, Homicide Hunter Season 5, Homicide Hunter | Channel Islands, England, Gibraltar, Isle Of Man, Malta, Northern Ireland, Republic of Ireland, Scotland, Wales | Ancillary, Pay TV, SVOD, Internet | 1-Jul-2022 | 31-Mar-2026 |
| L2419 | Africa Television Network | Craig Kelly<br>Africa Television Network<br>5th Floor, Ebene Esplanade<br>24 Bank St, Cybercity<br>Ebene, Mauritius<br>Reg #: GB21100821 | 11-Feb-2020 | 23-Jan-2020 | Executed | Sports Crash, Operation Osmin, Prison Wives, Nowhere To Run, Sports Disasters - Series 2, Sports Disasters - Series 3 & Collisions and Crack Ups, Sports Disasters - Series 4, Sports Disasters - Series 5, Sports Disasters - Series 6, Stupid Suspects, The C | Angola, Benin, Botswana, Burkina Faso, Burundi, Cameroon, Cape Verde Islands, Central African Republic, Chad, Congo, Djibouti, Equatorial Guinea, Eritrea, Ethiopia, Gabon, Gambia, Ghana, Guinea, Guinea-Bissau, Ivory Coast, Kenya, Lesotho, Liberia, Madagas | Pay per View, Pay TV, Free TV, Internet | 1-Jan-2020 | 31-Dec-2022 |
| L2464 | Asharq News Services Ltd | Michline Alain<br>Asharq News Services Ltd<br>Gate Village 11, Level 4, #401<br>Dubai International Financial Centre ("DIFC")<br>PO Box 507159<br>Dubai, UAE<br><br>E-Mail:<br>michline.alain@basharq.com | 14-Jul-2022 | 12-Oct-2022 | Executed | In Their Own Words | MIDDLE EAST GROUP | Free TV, Internet | 1-Aug-2022 | 31-Jul-2024 |
| L2362 | Atresmedia | Atresmedia<br>Avenida Isla Graciosa, 13<br>28703 San Sebastian de los Reyes,<br>Madrid<br>Spain<br>CIF: A78839271 | 2-May-2018 | 25-Jun-2018 | Executed | Overexposed | Andorra, Spain | Pay per View, Pay TV, SVOD, Free TV, Internet | 11-Jul-2018 | 10-Sep-2023 |
| L2431 | Bell Media Inc. (#2) | Bell Media Inc.<br>1717 boulevard Rene-Levesque Est,<br>Montreal, QC H2L 4T9<br>Canada | 24-Nov-2020 | 14-Jan-2021 | Executed | The Killer Truth | COMMONWEALTH OF CANADA, Canada | Pay per View, SVOD, Free TV, Internet | 1-Jan-2021 | 31-Dec-2023 |
| L2408 | Bell Media Inc. (#2) | Bell Media Inc.<br>1717 boulevard Rene-Levesque Est,<br>Montreal, QC H2L 4T9<br>Canada | 21-Oct-2019 | 13-Nov-2019 | Executed | Very Scary People, Evil Twins 1B, Evil Twins Season 2, Evil Twins Season 3, Evil Twins 1A, Something's Killing Me Season 3 | COMMONWEALTH OF CANADA | Pay per View, SVOD, Free TV, Internet | 1-Jan-2020 | 30-Jun-2024 |

Contract List

| Contract No. | Company | Address | Contract Date | Execution Date | Contract Status | Titles | Territories | Rights | License Start Date | License End |
|---|---|---|---|---|---|---|---|---|---|---|
| L2449 | Bell Media Inc. (#2) | Bell Media Inc.<br>1717 boulevard Rene-Levesque Est,<br>Montreal, QC H2L 4T9<br>Canada | 28-Oct-2021 | 28-Oct-2021 | Executed | Very Scary People Season 2, Very Scary People Season 3 | COMMONWEALTH OF CANADA, Canada | SVOD, Free TV, Internet | 1-Apr-2022 | 31-Dec-2025 |
| L2418 | Blue Ant TV General Partnership | Andrea Harrick<br>Blue Ant Television General Partnership<br>130 Merton St.<br>Toronto, ON  M4S 1A4<br>Canada | 11-Feb-2020 | 11-Feb-2020 | Executed | I Saw The Unknown | COMMONWEALTH OF CANADA | Pay per View, Pay TV, SVOD, Internet | 1-Apr-2020 | 31-Mar-2023 |
| L2455 | C More Entertainment AB | Louise Eberhardt<br>Acquisitions<br>TV4 Sweden<br>Tegeluddsvagen 3<br>Stockholm, 11579<br>Sweden | 1-Apr-2022 | 31-May-2022 | Executed | The Case Against Cosby | Denmark, Finland, Norway, Sweden | Pay per View, SVOD, Free TV, Internet | 1-Dec-2022 | 30-Nov-2024 |
| L2469 | Canal+ Thematiques | Nadia Corbino<br>Canal+ Thermatiques<br>50 rue Camille Desmoulins<br>92863 Issy-Les-Moulineaux Cedex, 9 | 8-Sep-2022 | 22-Oct-2022 | Executed | In Their Own Words | Dominican Republic, EAST AFRICA, EX BELGIUM COLONIES, EX FRENCH AFRICA, FR DOM TOM TERRITORY GROUP, FRENCH ANTILLES (FR DOM) GROUP, FRENCH DOM TERRITORIES, FRENCH EUROPE, FRENCH INDIAN OCEAN, FRENCH TOM TERRITORIES, Haiti, ITALIAN AFRICA, NORTH AFRICA, PO | Pay TV, SVOD, Free TV, Internet | 1-Dec-2022 | 30-Nov-2024 |
| L2388 | CBS AMC Networks EMEA Channels Partnership | Alina Florea<br>CBS AMC Networks EMEA Channels Prtnshp<br>33 Broadwick St.<br>London W1F0DQ<br>U.K | 22-Feb-2019 | 22-Feb-2019 | Executed | Egg Factor, Something's Killing Me Season 1, Something's Killing Me Season 2, Something's Killing Me Season 3, Homicide's Elite Season 2 | Afghanistan, Austria, Bahrain, BALKANS, BALTIC STATES, Belgium, Bophuthatswana, CAUCASUS REGION, CENTRAL ASIA (C.I.S) GROUP, CIS (EXCL ARMENIA, AZERBAIJAN & CENTRAL ASIA), Ciskei, Cyprus, Denmark, EAST AFRICA, EASTERN EUROPE , Egypt, EX BELGIUM COLONIES | Ancillary, Pay per View, Pay TV, Free TV, Internet | 1-Oct-2019 | 31-Dec-2022 |
| L2423 | CBS AMC Networks EMEA Channels Partnership | Alina Florea<br>CBS AMC Networks EMEA Channels Prtnshp<br>33 Broadwick St.<br>London W1F0DQ<br>U.K | 27-May-2020 | 2-Jun-2020 | Executed | Operation Repo - Season 1, Operation Repo - Season 2, Operation Repo - Season 3, Operation Repo - Season 4, Operation Repo - Season 5, Operation Repo - Season 6, Operation Repo - Season 7 | Afghanistan, Austria, Bahrain, BALKANS, BALTIC STATES, Belgium, Bophuthatswana, CAUCASUS REGION, CENTRAL ASIA (C.I.S.) GROUP, CIS (EXCL ARMENIA, AZERBAIJAN & CENTRAL ASIA), Ciskei, Cyprus, Denmark, EAST AFRICA, EASTERN EUROPE , Egypt, EX BELGIUM COLONIES | Ancillary, Pay per View, Pay TV, SVOD, Free TV, Internet | 1-Jul-2020 | 31-Aug-2023 |

| Contract No. | Company | Address | Contract Date | Execution Date | Contract Status | Titles | Territories | Rights | License Start Date | License End |
|---|---|---|---|---|---|---|---|---|---|---|
| L2413 | CBS AMC Networks EMEA Channels Partnership | Alina Florea CBS AMC Networks EMEA Channels Prtnshp 33 Broadwick St. London W1F0DQ U.K | 17-Dec-2019 | 24-Jun-2020 | Executed | Homicide's Elite Season 3 | Bophuthatswana, Ciskei, EAST AFRICA, Egypt, EX BELGIUM COLONIES, EX FRENCH AFRICA, FRENCH INDIAN OCEAN, ITALIAN AFRICA, Lesotho, Libya, Mayotte, Namibia, NORTH AFRICA, Poland, PORTUGUESE AFRICA, Republic of South Africa, Reunion, Sudan, Swaziland, Transke | Ancillary, Pay per View, Pay TV, SVOD, Free TV, Internet | 1-Nov-2020 | 31-Aug-2024 |
| L2446 | CBS AMC Networks EMEA Channels Partnership | Alina Florea CBS AMC Networks EMEA Channels Prtnshp 33 Broadwick St. London W1F0DQ U.K | 27-Aug-2021 | 31-Aug-2021 | Executed | Something's Killing Me Season 1, Something's Killing Me Season 2 | AFRICA, Andorra, Austria, BALKANS, BALTIC STATES, BENELUX, CAUCASUS REGION, CENTRAL ASIA (C.I.S.) GROUP, CIS (EXCL ARMENIA, AZERBAIJAN & CENTRAL ASIA), Cyprus, Denmark, EASTERN EUROPE, Finland, Greece, Iceland, Israel, Libya, Malta, Middle East Group 2, | Pay TV, SVOD, Free TV, Internet | 1-Oct-2022 | 30-Sep-2025 |
| L2387 | CBS AMC Networks UK Channels Partnership | Alina Florea CBS AMC Networks UK Channels Prtnshp 33 Broadwick St. London W1F0DQ U.K | 21-Feb-2019 | 22-Feb-2019 | Executed | Homicide's Elite Season 2, Egg Factor, Something's Killing Me Season 3 | ENGLISH EUROPE | Ancillary, Pay per View, Pay TV, Free TV, Internet | 1-Sep-2019 | 31-Dec-2022 |
| L2412 | CBS AMC Networks UK Channels Partnership | Alina Florea CBS AMC Networks UK Channels Prtnshp 33 Broadwick St. London W1F0DQ U.K | 17-Dec-2019 | 4-Jun-2020 | Executed | Homicide's Elite Season 3, Ice Cold Killers Season 5, Ice Cold Killers | ENGLISH EUROPE | Ancillary, Pay per View, Pay TV, Free TV, Internet | 1-Jan-2020 | 31-Oct-2023 |
| L2445 | CBS AMC Networks UK Channels Partnership | Alina Florea CBS AMC Networks UK Channels Prtnshp 33 Broadwick St. London W1F0DQ U.K | 24-Aug-2021 | 31-Aug-2021 | Executed | Something's Killing Me Season 1, Something's Killing Me Season 2, Ice Cold Killers Season 3, Ice Cold Killers Season 4, Ice Cold Killers Season 2 | ENGLISH EUROPE | Pay TV, SVOD, Free TV, Internet | 1-Sep-2021 | 30-Apr-2025 |
| L2460 | CLT-UFA S.A. | Gert Ploeger CLT-UFA S.A. KB2 45 Boulevard Pierre Frieden Luxembourg, L-1543 G.D. Luxembourg | 17-May-2022 | 9-Jun-2022 | Executed | The Case Against Cosby | Luxembourg, Netherlands | Pay per View, SVOD, Free TV, Internet | 1-Nov-2022 | 31-Oct-2025 |

Contract List

| Contract No. | Company | Address | Contract Date | Execution Date | Contract Status | Titles | Territories | Rights | License Start Date | License End |
|---|---|---|---|---|---|---|---|---|---|---|
| L2391 | Discovery Corporate Services Limited | Discovery Corporate Services Limited Discovery House, 2nd Floor Chiswick Park Building 2 566 Chiswick High Road London, W4 5YB United Kingdom | 25-Feb-2019 | 12-Apr-2019 | Executed | My Misdiagnosis | CARIBBEAN , LATIN AMERICA | Pay per View, Pay TV, SVOD, Internet | 1-Oct-2019 | 29-Dec-2022 |
| L2410 | Discovery Corporate Services Limited | Discovery Corporate Services Limited Discovery House, 2nd Floor Chiswick Park Building 2 566 Chiswick High Road London, W4 5YB United Kingdom | 12-Dec-2019 | 18-Dec-2019 | Executed | Wives With Knives Season 5 | Andorra, Spain | Pay per View, Free TV, Internet | 30-Dec-2019 | 29-Dec-2022 |
| L2401 | Discovery Corporate Services Limited | Discovery Corporate Services Limited Discovery House, 2nd Floor Chiswick Park Building 2 566 Chiswick High Road London, W4 5YB United Kingdom | 23-Jul-2019 | 21-Aug-2019 | Executed | My Misdiagnosis | GERMAN EUROPE | Pay per View, SVOD, Free TV, Internet | 31-Dec-2019 | 30-Dec-2022 |
| L2390 | Discovery Corporate Services Limited | Discovery Corporate Services Limited Discovery House, 2nd Floor Chiswick Park Building 2 566 Chiswick High Road London, W4 5YB United Kingdom | 25-Feb-2019 | 29-Mar-2019 | Executed | Homicide Hunter Season 6, Homicide Hunter Season 5, Homicide Hunter Season 4, Homicide Hunter, Homicide Hunter Season 2, Homicide Hunter Season 3 | ITALIAN EUROPE, Malta | Pay per View, Free TV, Internet | 1-Apr-2019 | 31-Dec-2022 |
| L2417 | Discovery Corporate Services Limited | Discovery Corporate Services Limited Discovery House, 2nd Floor Chiswick Park Building 2 566 Chiswick High Road London, W4 5YB United Kingdom | 29-Jan-2020 | 25-Feb-2020 | Executed | My Strange Addiction: Season 1, My Strange Addiction: Season 2, My Strange Addiction: Season 3, My Strange Addiction: Season 4, My Strange Addiction: Season 5, My Strange Addiction: Season 6, My Strange Addiction Special (S11), My Strange Addiction Special | ITALIAN EUROPE | Free TV, Internet | 1-Jan-2020 | 31-Dec-2022 |

Contract List

| Contract No. | Company | Address | Contract Date | Execution Date | Contract Status | Titles | Territories | Rights | License Start Date | License End |
|---|---|---|---|---|---|---|---|---|---|---|
| L2411a | Discovery Corporate Services Limited | Discovery Corporate Services Limited Discovery House, 2nd Floor Chiswick Park Building 2 566 Chiswick High Road London, W4 5YB United Kingdom | 29-Apr-2020 | 30-Apr-2020 | Executed | My Crazy Obsession, My Crazy Obsession Season 2 | Turkey | Pay per View, Free TV, Internet | 28-May-2020 | 27-May-2023 |
| L2369a | Discovery Corporate Services Limited | Discovery Corporate Services Limited Discovery House, 2nd Floor Chiswick Park Building 2 566 Chiswick High Road London, W4 5YB United Kingdom | 24-Nov-2020 | 1-Dec-2020 | Executed | Wives With Knives Season 5 | ITALIAN EUROPE | Free TV | 1-Jul-2021 | 30-Jun-2023 |
| L2465 | Discovery Corporate Services Limited | Discovery Corporate Services Limited Discovery House, 2nd Floor Chiswick Park Building 2 566 Chiswick High Road London, W4 5YB United Kingdom | 16-Jun-2022 | 13-Jun-2022 | Executed | My Crazy Obsession, My Crazy Obsession Season 2, My Crazy Obsession Special (Christmas 2), My Crazy Obsession Special (Christmas S1), My Crazy Obsession (Pilot - My Collection O) | ITALIAN EUROPE | Free TV, Internet | 20-Jun-2022 | 19-Jun-2024 |
| L2453 | Discovery Corporate Services Limited | Discovery Corporate Services Limited Discovery House, 2nd Floor Chiswick Park Building 2 566 Chiswick High Road London, W4 5YB United Kingdom | 11-Jan-2022 | 2-Mar-2022 | Executed | Homicide Hunter Season 7, Homicide Hunter Season 8, Homicide Hunter Season 5, Homicide Hunter Season 4, Homicide Hunter, Homicide Hunter Season 2, Homicide Hunter Season 3, My Strange Addiction: Season 1, My Strange Addiction: Season 2, My Strange Addicti | ITALIAN EUROPE | Free TV | 1-Jan-2022 | 30-Jun-2024 |
| L2444 | Discovery Corporate Services Limited | Discovery Corporate Services Limited Discovery House, 2nd Floor Chiswick Park Building 2 566 Chiswick High Road London, W4 5YB United Kingdom | 9-Aug-2021 | 16-Aug-2021 | Executed | Ice Cold Killers Season 3, Ice Cold Killers Season 4, Ice Cold Killers Season 5, Ice Cold Killers Season 2, Ice Cold Killers | ITALIAN EUROPE | Free TV, Internet | 29-Nov-2021 | 31-Oct-2025 |
| L2462 | Discovery NZ Limited | Kellie Brown Discovery NZ Limited 3 Flower St. Eden Terrace, Auckland, 1021, New Zealand | 17-May-2022 | 2-Aug-2022 | Executed | The Case Against Cosby | New Zealand | Free TV, Internet | 1-Nov-2022 | 31-Oct-2024 |

Contract List

| Contract No. | Company | Address | Contract Date | Execution Date | Contract Status | Titles | Territories | Rights | License Start Date | License End |
|---|---|---|---|---|---|---|---|---|---|---|
| L2432 | Discovery.com LLC | Stacey Lager<br>Discovery.com LLC<br>8403 Colesville Road<br>Silver Spring, MD  20910 | 7-Dec-2020 | 9-Mar-2021 | Executed | Genius Factory | United States, US POSSESSIONS | SVOD | 1-Mar-2021 | 29-Feb-2024 |
| L2459 | DPG Media | Esther Van Den Brink<br>DPG Media<br>Mediaplein 1<br>2018 Antwerp<br>Belgium | 17-May-2022 | 24-Aug-2022 | Executed | The Case Against Cosby | Belgium | Video, Pay per View, SVOD, Free TV, Internet | 1-Nov-2022 | 31-Oct-2025 |
| L2389 | Foxtel Management Pty. Limited | Foxtel Management Pty. Limited<br>5 Thomas Holt Drive<br>North Ryde  NSW 2113<br>Australia | 22-Feb-2019 | 8-Mar-2019 | Executed | Trace of Evil Season 2, Homicide Hunter Season 8, Donal Macintyre's Murder Files Season 2, Homicide's Elite, Homicide's Elite Season 2, Donal Macintyre's Murder Files, Something's Killing Me Season 3 | Australia, New Zealand | Pay per View, Pay TV, SVOD, Free TV, Internet | 1-Jun-2019 | 31-Jan-2023 |
| L2383 | Foxtel Management Pty. Limited | Foxtel Management Pty. Limited<br>5 Thomas Holt Drive<br>North Ryde  NSW 2113<br>Australia | 13-Dec-2018 | 21-Dec-2018 | Executed | Homicide Hunter Season 4, Homicide Hunter, Homicide Hunter Season 5, Ice Cold Killers Season 4, Evil Twins Season 2, Ice Cold Killers, Evil Twins 1A | Australia, New Zealand | Pay TV, SVOD, Internet | 1-Jul-2019 | 30-Apr-2023 |
| L2422 | Foxtel Management Pty. Limited | Foxtel Management Pty. Limited<br>5 Thomas Holt Drive<br>North Ryde  NSW 2113<br>Australia | 20-Jan-2020 | 21-Jul-2020 | Executed | Homicide Hunter Season 2, Homicide Hunter Season 5 | Australia, New Zealand | Pay TV, SVOD, Internet | 1-May-2020 | 31-May-2023 |
| L2397 | Foxtel Management Pty. Limited | Foxtel Management Pty. Limited<br>5 Thomas Holt Drive<br>North Ryde  NSW 2113<br>Australia | 8-May-2019 | 1-Jul-2019 | Executed | Very Scary People Season 2, Very Scary People | Australia, New Zealand | Pay per View, Pay TV, SVOD, Internet | 1-Aug-2019 | 31-Dec-2023 |
| L2437 | Foxtel Management Pty. Limited | Foxtel Management Pty. Limited<br>5 Thomas Holt Drive<br>North Ryde  NSW 2113<br>Australia | 26-Mar-2021 | 15-Apr-2021 | Executed | Trace of Evil Season 3, Very Scary People Season 3, Homicide's Elite Season 3, The Killer Truth | Australia, New Zealand | Pay TV, SVOD, Internet | 1-Apr-2021 | 31-Aug-2024 |

Contract List

| Contract No. | Company | Address | Contract Date | Execution Date | Contract Status | Titles | Territories | Rights | License Start Date | License End |
|---|---|---|---|---|---|---|---|---|---|---|
| L2438 | Foxtel Management Pty. Limited | Foxtel Management Pty. Limited 5 Thomas Holt Drive North Ryde NSW 2113 Australia | 2-Jun-2021 | 1-Jul-2021 | Executed | Trace of Evil, Sins & Secrets, Homicide Hunter Season 6, Homicide Hunter Season 7, Happily Never After Season 2, Homicide Hunter Season 3, Happily Never After, Happily Never After Season 3, Sins & Secrets Season 2, Wives With Knives Season 5, Ice Cold Kil | Australia, New Zealand | Pay Per View, Pay TV, SVOD, Free TV, Internet | 1-Sep-2021 | 31-May-2025 |
| L2471 | Foxtel Management Pty. Limited | Foxtel Management Pty. Limited 5 Thomas Holt Drive North Ryde NSW 2113 Australia | 31-Oct-2022 | | Pending | Homicide Hunter Season 8, Homicide Hunter Season 4, Homicide Hunter, Homicide Hunter Season 5 | Australia, New Zealand | Pay TV, SVOD, Internet | 1-Nov-2022 | 31-Dec-2025 |
| L2461 | ITV Rights Limited | Shonah Richards ITV Rights Limited 2 Waterhouse Ssquare 140 Holborn, London EC1N 2AE | 17-May-2022 | 23-Sep-2022 | Executed | The Case Against Cosby | ENGLISH EUROPE | Pay per View, SVOD, Free TV, Internet | 1-Oct-2022 | 30-Sep-2025 |
| L2433 | Kino Polska TV S.A. ul. | Dominika Pabich Kino Polska TV S.A. ul. Pulawska 435a 02-801 Warsaw, Poland | 1-Dec-2020 | 8-Jan-2021 | Executed | The Dog Whisperer - Season 5, The Dog Whisperer - Season 7, The Dog Whisperer - Season 6, The Dog Whisperer: Cesar Down Under | Poland | Free TV, Internet | 1-Feb-2021 | 31-Jan-2024 |
| L2434 | Kontent LLC | Kontent LLC Masis, 3-d twon, 14 Build, 3 app Republic of Armenia, Ararat Vat Code: 04233956 Reg # 77.110.1084155 | 10-Dec-2020 | 9-Dec-2020 | Executed | Who Let The Dogs Out | ALL TERRITORIES | Pay per View, Internet | 1-Dec-2020 | 30-Nov-2023 |
| L2450 | La7 Spa | Marina Capretti La7 Spa Via della Pineta Sacchetti, 229 00168 Rome Italy | 17-Nov-2021 | 20-Dec-2021 | Executed | In Their Own Words | Capo D'Istria, Italy, Monaco, San Marino, Vatican City | Free TV, Internet | 1-Jan-2022 | 31-Dec-2023 |
| L2409 | Mediacorp TV | Josephine Ong Ley Cheng Mediacorp TV Singapore Pte. Ltd. 1 Stars Avenue Singapore, 138507 | 5-Dec-2019 | 7-Apr-2020 | Executed | Homicide Hunter Season 7, Evil Twins Season 3 | Singapore | Pay per View, Free TV | 1-Jan-2020 | 31-Dec-2022 |
| L2463 | Middle East Broadcasting Network Inc. | Middle East Broadcasting Networks, Inc. 7600 Boston Blvd. Springfield, VA 22153 | 27-Jun-2022 | 15-Jul-2022 | Executed | In Their Own Words | Algeria, Bahrain, Djibouti, Egypt, Iraq, Jordan, Kuwait, Lebanon, Libya, Mauritania, Morocco, Oman, Palestine, Qatar, Republic of Yemen, Saudi Arabia, Somalia, Sudan, Syria, Tunisia, United Arab Emirates | Pay per View, Free TV, Internet | 1-Jul-2022 | 30-Jun-2025 |

Contract List

| Contract No. | Company | Address | Contract Date | Execution Date | Contract Status | Titles | Territories | Rights | License Start Date | License End |
|---|---|---|---|---|---|---|---|---|---|---|
| L2457 | MTV Networks Latin America (Pluto TV wrldwd) | MTV Networks 1515 Broadway New York, NY 10036 US | 14-Apr-2022 | 21-Oct-2021 | Executed | Am I A Boy Or Girl Season 1, Jury Room, The Season 1, My Misdiagnosis, Project Dad, Science of Sin, Teens Who Kill, The Day I Should Have Died, Trace of Evil, Trace of Evil Season 2, Trace of Evil Season 3 | United States | Pay per View | 1-Nov-2021 | 31-Dec-2023 |
| L2447 | MTV Networks Latin America (Pluto TV wrldwd) | MTV Networks 1515 Broadway New York, NY 10036 US | 27-Aug-2021 | 2-Aug-2021 | Executed | Homicide Hunter Season 6, Homicide Hunter Season 3, Homicide Hunter Season 2, The Dog Whisperer - Season 4, The Dog Whisperer - Season 5, The Dog Whisperer - Season 2, The Dog Whisperer - Season 3, The Dog Whisperer - Season 7, The Dog Whisperer - Season | Argentina, Bolivia, Brazil, CARIBBEAN , CENTRAL AMERICA, Chile, Colombia, Denmark, DUTCH ANTILLES, Ecuador, ENGLISH EUROPE, French Guiana, Guadeloupe, Martinique, Norway, OTHER CARIBBEAN ISLANDS, Paraguay, Peru, Saint Bart, Spain, Sweden, United States, U | Pay per View | 2-Aug-2021 | 31-Dec-2024 |
| L2458 | Nine Network Australia Pty. Limited | Nine Network Australia Pty. Limited 24 Artarmon Road Willoughby Sydney  -  New South Wales, 2068 Australia | 27-Apr-2022 | 27-Apr-2022 | Executed | The Case Against Cosby | Australia | Pay per View, SVOD, Free TV, Internet | 1-Nov-2022 | 31-Oct-2026 |
| L2451 | Nippon Television Network Corporation | Nippon Television Network Europe B.V. Keizersgracht 555 1017DR Amsterdam The Netherlands | 23-Dec-2021 | 27-Dec-2021 | Executed | My Crazy Obsession Season 2 | Japan | Free TV, Internet | 14-Jan-2022 | 13-Jan-2023 |
| L2426 | Polsat License Ltd | Telewizja Polsat Sp. Z.o.o. Ostrobramska 77 04-175 Warsaw, Poland VAT No. PL1130054762 | 14-Jul-2020 | 17-Sep-2020 | Executed | My Crazy Obsession Season 2, My Strange Addiction: Season 4, My Strange Addiction: Season 5 | Poland | Pay TV, Free TV, Internet | 1-Aug-2020 | 31-Dec-2023 |
| L2452 | RCS & RDS SA | Bogdan Chiritoiu RCS & RDS SA 75 Dr. Staicovici St. Forum 2000 Building, Faza 1 2nd Floor, 5th District Bucharest, Romania  050557 VAT # RO588716 | 27-Jan-2022 | 3-Mar-2022 | Executed | Fix It And Finish It, My Misdiagnosis, Disaster Deja Vu, I Saw The Unknown, The Killer Truth, Kid Diners Season 1, Death By Gossip, Droned, Survivors | Hungary, Romania | Pay per View, Pay TV, SVOD, Free TV, Internet | 1-Apr-2022 | 31-Mar-2024 |
| L2466 | Samsung Elecronics Mexico SA | Louis Emelina Costomer Success Manager OTTera, Inc. Sherman Oaks, CA  91403 | 16-May-2022 | 5-Jul-2022 | Executed | Homicide Hunter, Homicide Hunter Season 2, Homicide Hunter Season 3, Homicide Hunter Season 4, Homicide Hunter Season 5, Homicide Hunter Season 6, Homicide Hunter Season 7, Homicide Hunter Season 8, The Dog Whisperer - Season 1, The Dog Whisperer - Season | Mexico | Pay per View | 16-May-2022 | 15-Apr-2025 |
| L2467 | Samsung Eletronica da Amazonia Ltd | Felipe Gagliardi Pagni Samsung Eletronica da Amazonia Ltda Avenida dos Oitis No. 1460 Distrito Industrial LL Manaus/AM, CEP 69.007-002 Brazil | 5-Jul-2022 | 5-Jul-2022 | Executed | The Dog Whisperer - Season 1, The Dog Whisperer - Season 2, The Dog Whisperer - Season 3, The Dog Whisperer - Season 4, The Dog Whisperer - Season 5, The Dog Whisperer - Season 6, The Dog Whisperer - Season 7, The Dog Whisperer: Cesar Down Under, The Dog | Brazil | Pay per View | 1-Jul-2022 | 15-Apr-2025 |

1/20/2023 1:35 PM

Contract List

| Contract No. | Company | Address | Contract Date | Execution Date | Contract Status | Titles | Territories | Rights | License Start Date | License End |
|---|---|---|---|---|---|---|---|---|---|---|
| L2425 | Sato Co. Ltd-SC Comunicacoes Ltda | Nelson Akira Sato Sato Co. Ltd Al Rio Negro 1030-8o Andar, Suite 801 Stadium Corporate-Alphaville Barueri, SP  06454-0000 Brazil | 30-Jun-2020 | 21-Jul-2020 | Executed | The Dog Whisperer - Season 4, The Dog Whisperer - Season 3, The Dog Whisperer - Season 2 | Brazil | Free TV | 15-Jul-2020 | 29-Jun-2024 |
| L2421 | Screen Media Ventures LLC | Seth Needle Screen Media Ventures, LLC 800 Third Avenue, 3rd Floor New York. NY  10022 | 19-Mar-2020 | 3-Apr-2020 | Executed | Project Dad | UNITED STATES OF AMERICA | Ancillary, Pay per View | 3-Apr-2020 | 2-Apr-2023 |
| L2405 | Seven.One Prodcution GmbH | Seven.One Production GmbH Medienallee 7 D-85774 Unterfohring Germany VAT-ID No. DE184173014 | 18-Sep-2019 | 25-Dec-2019 | Executed | Something's Killing Me Season 3 | Alto Adige, Austria, Germany, Liechtenstein, Luxembourg, Switzerland | Pay per View, Free TV, Internet | 1-May-2020 | 30-Apr-2023 |
| L2415 | Seven.One Prodcution GmbH | Seven.One Production GmbH Medienallee 7 D-85774 Unterfohring Germany VAT-ID No. DE184173014 | 23-Dec-2019 | 20-Feb-2020 | Executed | Homicide Hunter Season 8, Homicide Hunter Season 4, Homicide Hunter Season 5 | Alto Adige, Austria, Germany, Liechtenstein, Luxembourg, Switzerland | Pay per View, Free TV, Internet | 1-Feb-2020 | 31-Aug-2023 |
| L2415a | Seven.One Prodcution GmbH | Seven.One Production GmbH Medienallee 7 D-85774 Unterfohring Germany VAT-ID No. DE184173014 | 29-Jul-2022 | 20-Feb-2020 | Executed | Homicide Hunter Season 8, Homicide Hunter Season 4, Homicide Hunter Season 5 | Alto Adige, Austria, Germany, Liechtenstein, Luxembourg, Switzerland | Pay per View, Free TV, Internet | 1-Feb-2020 | 31-Aug-2023 |
| L2404 | Seven.One Prodcution GmbH | Seven.One Production GmbH Medienallee 7 D-85774 Unterfohring Germany VAT-ID No. DE184173014 | 18-Sep-2019 | 18-Dec-2019 | Executed | Evil Twins 1A, Evil Twins 1B | Alto Adige, Austria, Germany, Liechtenstein, Luxembourg, Switzerland | Pay per View, Free TV, Internet | 9-Sep-2020 | 15-Sep-2023 |
| L2404a | Seven.One Prodcution GmbH | Seven.One Production GmbH Medienallee 7 D-85774 Unterfohring Germany VAT-ID No. DE184173014 | 15-Mar-2021 | 1-Apr-2021 | Executed | Evil Twins Season 2, Evil Twins 1B, Evil Twins Season 3 | Alto Adige, Austria, Germany, Liechtenstein, Luxembourg, Switzerland | Pay per View, Free TV, Internet | 1-May-2021 | 30-Jun-2024 |
| L2428 | Seven.One Prodcution GmbH | Seven.One Production GmbH Medienallee 7 D-85774 Unterfohring Germany VAT-ID No. DE184173014 | 18-Aug-2020 | 23-Nov-2020 | Executed | The Dog Whisperer - Season 4, The Dog Whisperer - Season 5, The Dog Whisperer - Season 2, The Dog Whisperer - Season 3, The Dog Whisperer - Season 6, The Dog Whisperer: Cesar Down Under, The Dog Whisperer: U.K. | Germany, Liechtenstein, Luxembourg, Switzerland, Alto Adige, Austria | Pay per View, Pay TV, SVOD, Free TV, Internet | 1-Jan-2021 | 31-Aug-2024 |
| L2468 | Societe Radio-Canada | Sylvie Marchesseault Societe Radio-Canada 1000, Papineau Ave. 5th Floor N. Montreal, Quebec H2K 0C2 Canada | 11-Aug-2022 | 11-Aug-2022 | Executed | In Their Own Words | Canada | Free TV, Internet | 1-Nov-2022 | 31-Oct-2024 |

Contract List

| Contract No. | Company | Address | Contract Date | Execution Date | Contract Status | Titles | Territories | Rights | License Start Date | License End |
|---|---|---|---|---|---|---|---|---|---|---|
| L2468a | Societe Radio-Canada | Sylvie Marchesseault Societe Radio-Canada 1000, Papineau Ave. 5th Floor N. Montreal, Quebec H2K 0C2 Canada | 18-Aug-2022 | 11-Aug-2022 | Executed | In Their Own Words | Canada | Free TV, Internet | 1-Jun-2023 | 31-May-2025 |
| L2448 | Telewizja Puls Sp. Zo.o. | Programme Acquisition Specialist Telewizja Puls Sp.zo.o. Ul. Chelmska 21 bud. 22 00-724 Warsaw, Poland | 26-Oct-2021 | 16-Nov-2021 | Executed | My Crazy Obsession, My Strange Addiction: Season 3, My Strange Addiction: Season 6 | Poland | Free TV, Internet | 1-Dec-2021 | 28-Feb-2025 |
| L2414 | TF1 | Cristelle Girbes Acquisitions Manager TFX 1 Quai du Point du Jour Boulogne Cedex, 92656 France rcs# 444 592 216 | 20-Dec-2019 | 3-Jul-2020 | Executed | Sins & Secrets Season 2 | EAST AFRICA, EX BELGIUM COLONIES, EX FRENCH AFRICA, FRENCH ANTILLES (FR DOM) GROUP, FRENCH DOM TERRITORIES, FRENCH EUROPE, FRENCH INDIAN OCEAN, FRENCH TOM TERRITORIES, ITALIAN AFRICA, New Caledonia, NORTH AFRICA, PORTUGUESE AFRICA, Saint Marteen, SOUTH AF | Free TV, Internet | 1-Feb-2020 | 31-Jan-2024 |
| L2443 | TF1 | Cristelle Girbes Acquisitions Manager TFX 1 Quai du Point du Jour Boulogne Cedex, 92656 France rcs# 444 592 216 | 13-Jul-2021 | 30-Jul-2021 | Executed | The Killer Truth | Andorra, EAST AFRICA, EX BELGIUM COLONIES, EX FRENCH AFRICA, FRENCH ANTILLES (FR DOM) GROUP, FRENCH DOM TERRITORIES, FRENCH EUROPE, FRENCH INDIAN OCEAN, FRENCH TOM TERRITORIES, ITALIAN AFRICA, New Caledonia, NORTH AFRICA, PORTUGUESE AFRICA, Saint Marteen, | Free TV, Internet | 1-Sep-2021 | 31-Aug-2025 |
| L2338 | TF1 | Cristelle Girbes Acquisitions Manager TFX 1 Quai du Point du Jour Boulogne Cedex, 92656 France rcs# 444 592 216 | 17-Jul-2017 | 7-Aug-2017 | Executed | Overexposed | EAST AFRICA, EX BELGIUM COLONIES, EX FRENCH AFRICA, FRENCH ANTILLES (FR DOM) GROUP, FRENCH DOM TERRITORIES, FRENCH EUROPE, FRENCH INDIAN OCEAN, FRENCH TOM TERRITORIES, ITALIAN AFRICA, New Caledonia, NORTH AFRICA, PORTUGUESE AFRICA, Saint Marteen, SOUTH AF | Pay TV, Free TV, Internet | 1-Nov-2017 | 19-Dec-2025 |

Contract List

| Contract No. | Company | Address | Contract Date | Execution Date | Contract Status | Titles | Territories | Rights | License Start Date | License End |
|---|---|---|---|---|---|---|---|---|---|---|
| L2403 | The History Channel Germany GmbH&CO KG | Tom Block The History Channel Germany GmbH&Co KG TheresienstraBe 47a D-80333 Munchen Germany Ust-ID-Nr. DE242235319 | 18-Sep-2019 | 10-Oct-2019 | Executed | Evil Twins 1B, Evil Twins Season 2, Evil Twins Season 3, Evil Twins 1A | Alto Adige, Austria, Germany, Liechtenstein, Luxembourg, Switzerland | Pay per View, Pay TV, SVOD, Internet | 1-Feb-2020 | 14-May-2023 |
| L2439 | The History Channel Germany GmbH&CO KG | Tom Block The History Channel Germany GmbH&Co KG TheresienstraBe 47a D-80333 Munchen Germany Ust-ID-Nr. DE242235319 | 21-Apr-2021 | 30-Mar-2021 | Executed | Very Scary People, Very Scary People Season 2 | Alto Adige, Austria, Germany, Liechtenstein, Luxembourg, Switzerland | Pay TV, SVOD, Internet | 1-Jun-2021 | 31-Jul-2024 |
| L2377 | True Crime Network (dba) | John Kiser Pacific & Southern, LLC dba True Crime Network 150 Interstate North Parkway Atlanta, GA 3033 | 20-Sep-2018 | 7-Nov-2018 | Executed | Trace of Evil Season 2, Trace of Evil, Donal Macintyre's Murder Files Season 2, Donal Macintyre's Murder Files | United States | Pay per View, Pay TV, Free TV, Internet | 1-Apr-2019 | 31-Dec-2022 |
| L2377a | True Crime Network (dba) | John Kiser Pacific & Southern, LLC dba True Crime Network 150 Interstate North Parkway Atlanta, GA 3033 | 3-Sep-2020 | 10-Dec-2020 | Executed | Trace of Evil Season 3 | United States | Pay per View, Pay TV, Free TV, Internet | 1-Jan-2021 | 30-Sep-2024 |
| L2429 | TV2 Hungary | TV2 Media Csoport Zrt Rona u. 174 H-1145 Budapest Hungary | 16-Sep-2020 | 13-Nov-2020 | Executed | My Strange Addiction: Season 1, My Strange Addiction: Season 2, My Strange Addiction: Season 3, My Strange Addiction: Season 4, My Crazy Obsession Season 2, My Crazy Obsession, My Strange Addiction: Season 5, My Strange Addiction: Season 6, My Crazy Obses | Hungary | Free TV, Internet | 1-Mar-2021 | 31-Mar-2024 |
| L2470 | Zebracom S.A.S. | Luisa Orrego Quintero Gerente General Zebracom S.A.S. Calle j86A, #13A-09 Oficina 703 Bogota, Colombia NIT: 800.227.080-7 | 20-Sep-2022 | 22-Sep-2022 | Executed | The Dog Whisperer - Season 5, The Dog Whisperer - Season 7, The Dog Whisperer - Season 6, The Dog Whisperer: Cesar Down Under, The Dog Whisperer: U.K. | Colombia | Free TV | 1-Oct-2022 | 30-Sep-2024 |

1/20/2023 1:35 PM

**Fill in this information to identify the case:**

Debtor name    **Rive Gauche Television**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO

Case number (if known)    **1:22-bk-11457-MB**

☐ Check if this is an
    amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                        12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1   **AfterShock Comics, LLC** | **15030 Ventura Blvd. #587 Sherman Oaks, CA 91403** | **Access Road Capital LLC** | ■ D   **2.1** ☐ E/F _____ ☐ G _____ |
| 2.2   **Jonathan Kramer** | **470 25th Street Santa Monica, CA 90402 Personal Guaranty** | **Access Road Capital LLC** | ■ D   **2.1** ☐ E/F _____ ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name **Rive Gauche Television**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO

Case number (if known) **1:22-bk-11457-MB**

☐ Check if this is an
amended filing

## Official Form 207
# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

Income

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From **1/01/2022** to **Filing Date** | ☐ Operating a business ■ Other **Businesss Revenue** | **$3,174,627.00** |
| **For prior year:** From **1/01/2021** to **12/31/2021** | ☐ Operating a business ■ Other **Businesss Revenue** | **$7,130,308.00** |
| **For year before that:** From **1/01/2020** to **12/31/2020** | ☐ Operating a business ■ Other **Businesss Revenue** | **$10,387,629.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits,
   and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|

**Part 2:**   List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before
   filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25
   and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|

| Debtor | **Rive Gauche Television** | Case number *(if known)* | **1:22-bk-11457-MB** |
| --- | --- | --- | --- |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
| --- | --- | --- | --- |
| 3.1.    **See SOFA Exhibit 3** | | | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
| --- | --- | --- | --- |
| 4.1.    **See SOFA Exhibit 4** | | | |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
| --- | --- | --- | --- |

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
| --- | --- | --- | --- |

| Part 3: | Legal Actions or Assignments |
| --- | --- |

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

SOFA Exhibit 3

**SOFA Exhibit 3**    RIVE GAUCHE TELEVISION

**90 days Creditor Payments**

| Month | Date | Chk# | Charge | Credit | Description | Address 1 | Address 2 | City | State | Zip | Accounts |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 22-Sep | 9/30/2022 | | 16,918.13 | | Moment of Justice | 1200 Bay St. #400 | Toronto | Ontario | Canada | M5R 2A5 | Cosby (added tax) Min Guarantee |
| 22-Oct | 10/10/2022 | ACH | 25,410.27 | | Moment of Justice | 1200 Bay St. #400 | Toronto | Ontario | Canada | M5R 2A5 | Cosby 2nd payment (added tax) Min Guarantee |
| 22-Oct | 10/14/2022 | ACH | 7,198.88 | | Robert Half | PO Box 743295 | | Los Angeles | CA | 90074-3295 | Temporary Employee services |
| 22-Oct | 10/28/2022 | ACH | 6,320.00 | | Robert Half | PO Box 743295 | | Los Angeles | CA | 90074-3295 | Temporary Employee services |
| 22-Nov | 11/22/2022 | ACH | 6,320.00 | | Robert Half | PO Box 743295 | | Los Angeles | CA | 90074-3295 | Temporary Employee services |
| 22-Nov | 11/30/2022 | ACH | 6,320.00 | | Robert Half | PO Box 743295 | | Los Angeles | CA | 90074-3295 | Temporary Employee services |
| 22-Dec | 12/13/2022 | ACH | 6,320.00 | | Robert Half | PO Box 743295 | | Los Angeles | CA | 90074-3295 | Temporary Employee services |
| 22-Nov | 11/3/2022 | Wire | 2,402.83 | | Synoptec | 412 E. Parkcenter Blvd. | Suite 300 | Boise | ID | 83706 | IT Services |
| 22-Oct | 10/4/2022 | ACH | 2,402.83 | | Synoptek | 412 E. Parkcenter Blvd. | Suite 300 | Boise | ID | 83706 | IT Services |
| 22-Dec | 12/16/2022 | ACH | 2,402.83 | | Synoptek | 412 E. Parkcenter Blvd. | Suite 300 | Boise | ID | 83706 | IT Services |
| 22-Oct | 10/4/2022 | Wire | 10,523.72 | | Tangram Intl | 12 Paulding St. | | Pleasantville | NY | 10570 | 1st installment |
| 22-Oct | 10/10/2022 | ACH | 10,523.72 | | Tangram Intl | 12 Paulding St. | | Pleasantville | NY | 10570 | 2nd installment |

SOFA Exhibit 4

**RIVE GAUCHE TELEVISION**

**SOFA Exhibit 4 - One Year Insider Payments**

| Date | Charge | Description | Insider | Address1 | City | State | Zip | Accounts |
|---|---|---|---|---|---|---|---|---|
| 1/31/2022 | 4,512.00 | Jon Kramer Distribution | Jon Kramer | 470 25th St. | Santa Monica | CA | 90402 | Compensation |
| 2/25/2022 | 4,512.00 | Jon Kramer Distribution | Jon Kramer | 470 25th St. | Santa Monica | CA | 90402 | Compensation |
| 3/31/2022 | 4,512.00 | Jon Kramer Distribution | Jon Kramer | 470 25th St. | Santa Monica | CA | 90402 | Compensation |
| 4/29/2022 | 4,512.00 | Jon Kramer Distribution | Jon Kramer | 470 25th St. | Santa Monica | CA | 90402 | Compensation |
| 5/31/2022 | 4,512.00 | Jon Kramer Distribution | Jon Kramer | 470 25th St. | Santa Monica | CA | 90402 | Compensation |
| 6/30/2022 | 4,518.47 | Jon Kramer Distribution | Jon Kramer | 470 25th St. | Santa Monica | CA | 90402 | Comp & RealScreen Toll Road ($6.47) reimbursement |
| 7/29/2022 | 4,512.00 | Jon Kramer Distribution | Jon Kramer | 470 25th St. | Santa Monica | CA | 90402 | Compensation |
| 9/6/2022 | 4,512.00 | Jon Kramer Distribution | Jon Kramer | 470 25th St. | Santa Monica | CA | 90402 | Compensation |
| 9/19/2022 | 12,500.00 | Jon Kramer Distribution | Jon Kramer | 470 25th St. | Santa Monica | CA | 90402 | Reimbursement for Reed MIPCOM payment |
| 9/19/2022 | 10,000.00 | Jon Kramer Distribution | Jon Kramer | 470 25th St. | Santa Monica | CA | 90402 | reimbursement for Reed MIPCOM payment |
| 10/3/2022 | 12,500.00 | Jon Kramer Distribution | Jon Kramer | 470 25th St. | Santa Monica | CA | 90402 | Compensation |
| 10/4/2022 | 18,802.33 | Jon Kramer Distribution | Jon Kramer | 470 25th St. | Santa Monica | CA | 90402 | Reimbursement for Saturn Software & RX France, health insurance |
| 10/7/2022 | 8,939.17 | Jon Kramer Distribution | Jon Kramer | 470 25th St. | Santa Monica | CA | 90402 | Reimbursement for advances on Jon 's Amex card |
| 10/28/2022 | 11,762.00 | Jon Kramer Distribution | Jon Kramer | 470 25th St. | Santa Monica | CA | 90402 | Distribution, insurance reimbursement |
| 11/3/2022 | 21,377.00 | Jon Kramer Distribution | Jon Kramer | 470 25th St. | Santa Monica | CA | 90402 | Loan repayment/ reimbursement - delta amex/compensation |
| 11/28/2022 | 3,134.95 | Jon Kramer Distribution | Jon Kramer | 470 25th St. | Santa Monica | CA | 90402 | Reimbursement for legal |
| 12/1/2022 | 2,762.00 | Jon Kramer Distribution | Jon Kramer | 470 25th St. | Santa Monica | CA | 90402 | Reimbursement for travel & insurance |
| 12/31/2021 | 4,512.00 | Jon Kramer Distribution | Jon Kramer | 470 25th St. | Santa Monica | CA | 90402 | Compensation |
| 12/2/2022 | 37,500.00 | Jon Kramer Distribution | Jon Kramer | 470 25th St. | Santa Monica | CA | 90402 | Amex reimbursement, compensation |

Debtor    **Rive Gauche Television**                                    Case number *(if known)*    **1:22-bk-11457-MB**

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Access Road Capital, LLC v. Rive Gauche Television, et al. 22STCV33196** | **Complaint for: (1) breach of contract; (2) money lent (common count); (3) judicial foreclosure of personal property security interests; (4) recovery of personal property; and (5) breach of guaranty** | **Superior Court of the State of California for the County of LA**<br>**111 North Hill Street, Dept. 40**<br>**Los Angeles, CA 90012** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

    ■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

Debtor    **Rive Gauche Television**                                    Case number *(if known)*    **1:22-bk-11457-MB**

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. **Levene Neale Bender Yoo & Golubchik LLP 2818 La Cienega Avenue Los Angeles, CA 90034** | **$25,000 retainer plus $1,738 filing fee** | **9/12/2022** | **$26,738.00** |
| Email or website address **www.LNBYG.com** | | | |
| Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy From-To |
|---|---|
| 14.1. **15300 Ventura Blvd. #507 Sherman Oaks, CA 91403** | **2011-Aug 2021** |

**Part 8:    Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

| Debtor | **Rive Gauche Television** | Case number *(if known)* | **1:22-bk-11457-MB** |

16. **Does the debtor collect and retain personally identifiable information of customers?**

   ■ No.
   ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

   ☐ No. Go to Part 10.
   ■ Yes. Does the debtor serve as plan administrator?

   ☐ No Go to Part 10.
   ■ Yes. Fill in below:

   | Name of plan | Employer identification number of the plan |
   |---|---|
   | **401(k) Plan (CalSavers paid through ADP)** | EIN: **472526829** |

   Has the plan been terminated?
   ■ No
   ☐ Yes

---

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
   Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
   Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

   ☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **East West Bank** | **XXXX-1601** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | **Closed in 2020** | **Unknown** |

19. **Safe deposit boxes**
   List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

   ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
   List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

   ☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **Public Storage**<br>**15350 Oxnard St.**<br>**Van Nuys, CA 91411** | **15350 Oxnard St., Van Nuys, CA 91411** | **Files, documents, furniture, and comic books.** | ☐ No<br>■ Yes |

| Debtor | **Rive Gauche Television** | Case number *(if known)* | **1:22-bk-11457-MB** |
| --- | --- | --- | --- |

---

**Part 11:**    Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:**    Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title
Case number | Court or agency name and address | Nature of the case | Status of case |
| --- | --- | --- | --- |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
| --- | --- | --- | --- |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
| --- | --- | --- | --- |

---

**Part 13:**    Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number
Do not include Social Security number or ITIN.

Dates business existed |
| --- | --- | --- |

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

---

Debtor   **Rive Gauche Television**                                    Case number *(if known)*  **1:22-bk-11457-MB**

| Name and address | Date of service From-To |
|---|---|
| 26a.1.   **Karen Goldberg**<br>**Rose, Snyder & Jacobs LLP**<br>**15821 Ventura Blvd. #400**<br>**Encino, CA 91436** | **2012-2022** |
| 26a.2.   **Blake Stocker**<br>**P.O. Box 9127**<br>**Tacoma, WA 98490** | **2018-2022** |
| 26a.3.   **Lisa Moody**<br>**15030 Ventura Blvd. #587**<br>**Sherman Oaks, CA 91403** | **2016-2022** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.   **Karen Goldberg**<br>**Rose, Snyder & Jacobs LLP**<br>**15821 Ventura Blvd. #400**<br>**Encino, CA 91436** | **2012-2022** |

| Name and address | Date of service From-To |
|---|---|
| 26b.2.   **Blake Stocker**<br>**P.O. Box 9127**<br>**Tacoma, WA 98490** | **2018-2022** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   **Karen Goldberg**<br>**Rose, Snyder & Jacobs LLP**<br>**15821 Ventura Blvd. #400**<br>**Encino, CA 91436** | |
| 26c.2.   **Robert Half Agency**<br>**P.O. Box 743295**<br>**Los Angeles, CA 90074-3295** | |
| 26c.3.   **Lisa Moody**<br>**15030 Ventura Blvd. #587**<br>**Sherman Oaks, CA 91403** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.   **Access Road Capital, LLC (Forest Road)**<br>**238 Cedar Ave.**<br>**Hewlett, NY 11557** |

27. **Inventories**
   Have any inventories of the debtor's property been taken within 2 years before filing this case?

| Debtor | **Rive Gauche Television** | Case number *(if known)* | **1:22-bk-11457-MB** |

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **The Kramer Family Trusst dated 4/11/94** | **470 25th St. Santa Monica, CA 90402** | **100% owner** | **100% owner** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Jonathan Kramer** | **470 25th St. Santa Monica, CA 90402** | **Trustee of The Kramer Family Trust** | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No

■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Blake Stocker** | **P.O. Box 9127 Tacoma, WA 98490** | **VP Finance** | **2018-2022** |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **See answer to SOFA question 4.** | | | |
| | **Relationship to debtor** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No

☐ Yes. Identify below.

Debtor    **Rive Gauche Television**                                        Case number *(if known)*  **1:22-bk-11457-MB**

Name of the pension fund                                        Employer Identification number of the pension
                                                                fund

| Part 14: | Signature and Declaration |

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___1/22/23___

_____        **Jonathan Kramer**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **President**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Central District of California - San Fernando

In re    **Rive Gauche Television**                                    Case No.    **1:22-bk-11457-MB**

Debtor(s)                                       Chapter    **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept ............................................  $          **25,000.00**

    Prior to the filing of this statement I have received ..........................  $          **25,000.00**

    Balance Due ..............................................................................  $                **0.00**

2.  $ **1,738.00**  of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ■ Debtor        ☐ Other (specify):

4.  The source of compensation to be paid to me is:

    ■ Debtor        ☐ Other (specify):

5.  ■  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
       copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
    e.  [Other provisions as needed]
        **Advising the Debtor with regard to the requirements of the Bankruptcy Court, Bankruptcy Code, Bankruptcy
        Rules and the Office of the United States Trustee as they pertain to the Debtor; advising the Debtor with regard to
        certain rights and remedies of its bankruptcy estate and the rights, claims and interests of creditors;
        representing the Debtor in any proceeding or hearing in the Bankruptcy Court involving its estate unless the
        Debtor is represented in such proceeding or hearing by other special counsel; conducting examinations of
        witnesses, claimants or adverse parties and representing the Debtor in any adversary proceeding except to the
        extent that any such adversary proceeding is in an area outside of LNBYB's expertise or which is beyond
        LNBYB's staffing capabilities;  preparing and assisting the Debtor in the preparation of reports, applications,
        pleadings and orders including, but not limited to, applications to employ professionals, interim statements and
        operating reports, initial filing requirements, schedules and statement of financial affairs, lease pleadings, cash
        collateral pleadings, financing pleadings, and pleadings with respect to the Debtor's use, sale or lease of
        property outside the ordinary course of business; representing the Debtor with regard to obtaining use of debtor
        in possession financing and/or cash collateral including, but not limited to, negotiating and seeking Bankruptcy
        Court approval of any debtor in possession financing and/or cash collateral pleading or stipulation and preparing
        any pleadings relating to obtaining use of debtor in possession financing and/or cash collateral; assisting the
        Debtor in the negotiation, formulation, preparation and confirmation of a plan of reorganization and the
        preparation and approval of a disclosure statement in respect of the plan; and performing any other services
        which may be appropriate in LNBRB's representation of the Debtor during its bankruptcy case.**

        **\*This sum reflects the amount of retainer paid by the Debtor to LNBYB prior to the filing of the Debtor's
        bankruptcy case.  The unused portion of the retainer remaining at the time of the Debtor's bankruptcy filing is an
        advanced fee payment retainer which will be maintained in a segregated trust account, and which will be paid to
        LNBYB in accordance with an order of the Bankruptcy Court.  The Debtor will be liable to, and LNBYB will be
        paid from the estate, for all post-petition fees and expenses in excess of the retainer.**

In re    **Rive Gauche Television**                                      Case No.    **1:22-bk-11457-MB**
_____
Debtor(s)

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
## (Continuation Sheet)

7.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:

**Matters which are outside of LNBYB's specialization**

| |
|---|
| **CERTIFICATION**<br><br>    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.<br><br> 1/23/23 _____    /s/ David L. Neale _____<br> *Date*<br><br>    **David L. Neale 141225**<br>    *Signature of Attorney*<br>    **Levene, Neale, Bender, Yoo & Golubchik L.L.P**<br>    **2818 La Cienega Avenue**<br>    **Los Angeles, CA 90034**<br>    **(310) 229-1234**<br>    **dln@lnbyg.com** _____<br>    *Name of law firm* |

| Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **David L. Neale 141225**<br>**2818 La Cienega Avenue**<br>**Los Angeles, CA 90034**<br>**(310) 229-1234**<br>California State Bar Number: **141225 CA**<br>dln@lnbyg.com | |

☑ Attorney for:

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>   **Rive Gauche Television**<br><br>Debtor(s),<br><br>Plaintiff(s),<br><br><br><br><br><br><br>Defendant(s), | CASE NO.:  1:22-bk-11457-MB<br>ADVERSARY NO.:<br>CHAPTER:   11<br><br>**CORPORATE OWNERSHIP STATEMENT<br>PURSUANT TO  FRBP 1007(a)(1)<br>and 7007.1, and LBR 1007-4**<br><br>[No hearing] |

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I,   __Jonathan Kramer__                                                              , the undersigned in the above-captioned case, hereby declare
      *(Print Name of Attorney or Declarant)*
under penalty of perjury under the laws of the United States of America that the following is true and correct:

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                                      **F 1007-4.CORP.OWNERSHIP.STMT**

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.      I have personal knowledge of the matters set forth in this Statement because:

☑ I am the president or other officer or an authorized agent of the Debtor corporation

☐ I am a party to an adversary proceeding

☐ I am a party to a contested matter

☐ I am the attorney for the Debtor corporation

2.a.   ☑ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

See Addendum

b.    ☐ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

Date _____ 1/22/23 _____

By: _____

Signature of Debtor, or attorney for Debtor

Name:     **Jonathan Kramer**

Printed name of Debtor, or attorney for Debtor

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                            **F 1007-4.CORP.OWNERSHIP.STMT**

## Addendum to Corporate Ownership Statement Pursuant to
## F.R.B.P. 1007(a)(1) and 7007.1, and Local Bankruptcy Rule 1002-5

**The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:**

Kramer Family Trust dated 4/11/1994

Input Address

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.